IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID LYNN CARPENTER,<br>　　　Petitioner,<br><br>v.<br><br>NATHANIEL QUARTERMAN,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br>　　　Respondent. | §<br>§<br>§<br>§ CIVIL ACTION NO. 3:02-CV-1145-B<br>§　　　　　　　ECF<br>§<br>§　　　**CAPITAL CASE**<br>§<br>§<br>§<br>§ |

### ORDER TO SUBSTITUTE COUNSEL

Having considered Respondent's Unopposed Motion to Substitute Counsel for the Director, filed June 1, 2009 (doc. 62), the Court determines that is shall be, and is hereby, **GRANTED**. The Court **directs** the District Clerk to **remove** Ellen Stewart-Klein as lead counsel and Stephen M. Hoffman as second chair of record for the Respondent and to **substitute** Leslie K. Kuykendall as lead counsel in this federal habeas corpus action.

　　SO ORDERED.

　　SIGNED June 18, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JANE J. BOYLE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE