IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID LYNN CARPENTER, § | | |
| PETITIONER, § | | |
| § | | |
| V. § | No. 3:02-CV-1145-B | |
| § | ECF | |
| RICK THALER, Director, § | (Death Penalty Case) | |
| Texas Department of Criminal Justice § | | |
| Correctional Institutions Division, § | | |
| RESPONDENT. § | | |

## ORDER OF REFERRAL

This case is referred to United States Magistrate Judge William F. Sanderson, Jr., for hearing, if necessary, and recommendation or determination, to this Court. *See* 28 U.S.C. § 636(b) (1993).

Future pleadings concerning this motion shall be filed with a transmittal letter addressed to Magistrate Judge Sanderson so copies can be sent directly to him without delay.

SO ORDERED.

SIGNED October 27th, 2009.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE