

```
                    NO. 3:02-CV-1145-B-AH
ORIGINAL

DAVID LYNN CARPENTER      )  IN THE UNITED STATES
                          )  DISTRICT COURT FOR THE
                          )  NORTHERN DISTRICT OF
        Petitioner,       )  TEXAS
                          )
                          )
VS.                       )  DALLAS DIVISION
                          )
                          )
RICK THALER               )
Director, Texas           )
Department of Criminal    )
Justice, Correctional     )
Institutions Division,    )
                          )
                          )
        Respondent        )  CIVIL ACTION NO.
                          )  3:02-CV-1145-B-AH
```

*************************************************************

ORAL DEPOSITION OF

MANDEE CLOUD

May 5, 2010

Volume 1

*************************************************************

ORAL DEPOSITION OF MANDEE CLOUD, produced as a witness at the instance of the Petitioner, and duly sworn, was taken in the above-styled and -numbered cause on the 5th day of May, 2010, from 12:01 p.m. to 2:22 p.m., before Quinlyn Busby, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Sorrels, Udashen, Anton, 2301 Cedar Springs Road, Suite 400, Dallas, Texas 75201, pursuant to the Texas Rules of Civil Procedure.

```
 1                    A P P E A R A N C E S

 2

 3  FOR THE PETITIONER:
        Mr. Bruce Anton
 4      SORRELS, UDASHEN, ANTON
        2301 Cedar Springs Road
 5      Suite 400
        Dallas, Texas   75201
 6

 7  FOR THE PETITIONER:
        Ms. Mary Penrose
 8      Attorney at Law
        1515 Commerce Street
 9      Fort Worth, Texas   76102

10
    FOR THE RESPONDENT:
11      Ms. Tina Miranda
        ASSISTANT ATTORNEY GENERAL
12      P. O. Box 12548
        Austin, Texas   78711
13

14  FOR THE RESPONDENT:
        Ms. Leslie Kuykendall
15      ASSISTANT ATTORNEY GENERAL
        P. O. Box 12548
16      Austin, Texas   78711

17

18

19

20

21

22

23

24

25
```

```
 1                           INDEX
 2
 3   Appearances . . . . . . . . . . . . . . . . .    2
 4   MANDEE CLOUD
 5        Examination by Mr. Bruce Anton. . . . .     4
 6        Examination by Ms. Tina Miranda . . . .    82
 7   Reporter's Certificate. . . . . . . . . . .   108
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    NO. 3:02-CV-1145-B-AH

 2   DAVID LYNN CARPENTER      )  IN THE UNITED STATES
                               )  DISTRICT COURT FOR THE
 3                             )  NORTHERN DISTRICT OF
               Petitioner,     )  TEXAS
 4                             )
                               )
 5   VS.                       )  DALLAS DIVISION
                               )
 6                             )
     RICK THALER               )
 7   Director, Texas           )
     Department of Criminal    )
 8   Justice, Correctional     )
     Institutions Division,    )
 9                             )
                               )
10             Respondent      )  CIVIL ACTION NO.
                               )  3:02-CV-1145-B-AH
11
                     REPORTER'S CERTIFICATION
12                   DEPOSITION OF MANDEE CLOUD
                            May 5, 2010
13

14        I, Quinlyn Busby, Certified Shorthand Reporter in

15   and for the State of Texas, hereby certify to the

16   following:

17        That the witness, MANDEE CLOUD, was duly sworn by

18   the officer and that the transcript of the oral

19   deposition is a true record of the testimony given by

20   the witness;

21        That examination and signature of the witness to

22   the deposition transcript was waived by the witness and

23   agreement of the parties at the time of the deposition;

24        That the original deposition was delivered to

25   Mr. Bruce Anton;
```

1    That the amount of time used by each party at the
2  deposition is as follows:
3     Mr. Bruce Anton ......01 HOURS:19 MINUTES
      Ms. Tina Miranda .....00 HOURS:32 MINUTES
4
5     That $179.85 is the deposition officer's charges to
6  the Respondent for preparing the original deposition
7  transcript and any copies of exhibits;
8     That pursuant to information given to the
9  deposition officer at the time said testimony was taken,
10 the following includes all parties of record:
11    Mr. Bruce Anton, Attorney for Petitioner;
      Ms. Tina Miranda, Attorney for Respondent.
12
13    That a copy of this certificate was served on
14 all parties shown herein on May 18, 2010 and filed with
15 the Clerk pursuant to Rule 203.3.
16    I further certify that I am neither counsel for,
17 related to, nor employed by any of the parties or
18 attorneys in the action in which this proceeding was
19 taken, and further that I am not financially or
20 otherwise interested in the outcome of the action.
21    Certified to by me this 18th day of May, 2010.
22
23 *[Signature: Quinlyn Busby, CSR]*
   Quinlyn Busby, Texas CSR 8187
   Expiration Date:  12/31/11
24 253 Trinity Drive
   Lancaster, Texas 75146
25 (972) 342-5594