54

1    Q.   Do you still see Dr. Bennett regularly?

2    A.   Actually, I'm switching over to a different

3  doctor that's closer to me.

4    Q.   Okay.  Do you remember his name?

5    A.   It's going to be a lady.  I don't remember her

6  name.  I haven't seen her yet.  I just --

7    Q.   Would it be possible if we contacted you later

8  to get that name?

9    A.   Yeah.  I have it on a card at home.

10   Q.   Okay.  Did you tell Rycke that you'd been

11  taking Seroquel, Zoloft, Gabapentin --

12   A.   Klonopin.

13   Q.   Klonopin and Ambien?

14   A.   Yeah.  I'm not on the Ambien.  What I couldn't

15  remember is Seroquel.  I've been on it for a long time.

16   Q.   What does Seroquel do?

17   A.   Seroquel, it helps me sleep, but it's also like

18  a antipsychotic.  It helps with your mood, you know,

19  stabilize your mood.

20   Q.   Now, most those medications, except for the

21  Zoloft, were prescribed to you after the trial; is that

22  right?

23   A.   Correct.

24   Q.   And at the time of trial, to your knowledge,

25  you were just on the Zoloft?

1    A.    Yes.

2    Q.    And then temporarily on the other drug which

3    was?

4    A.    Buspar.

5    Q.    Okay.  And you told Doctor -- you told Rycke

6    that you've been on antidepressants, mood stabilizing

7    drugs antianxiety and antipsychotic medications and

8    sleep medication for many years?

9    A.    Yes.

10   Q.    Is that right?

11   A.    Yes.

12   Q.    Okay.  Did you tell Rycke that you met David

13   Carpenter when you were 12 and he was 21?

14   A.    Yes.  I believe he was 21.  He's nine years

15   older than me so...

16   Q.    You tell Rycke that Mr. Carpenter was a friend

17   of your mother and that your mother and her boyfriend

18   bought drugs from David Carpenter, occasionally?

19   A.    Yes.

20   Q.    Okay.  You told Rycke that you developed a

21   crush on David and you wrote to him while he was first

22   incarcerated in prison for three years?

23   A.    Yes.

24   Q.    You told Rycke that when Mr. Carpenter was

25   released he got an apartment with his brother and you

1  quote unquote pushed your way in?

2      A.   Yes.

3      Q.   Can you explain that?

4      A.   I would just stay over there all the time and

5  then I just kind of like brought all my stuff and I was

6  there.

7      Q.   You were 15, when you -- you told Rycke you

8  were 15 when you --

9      A.   Yeah.

10      Q.   -- moved in with him?  And your first child was

11  born when you were 16 years old?

12      A.   Yes.

13      Q.   And your second child was born two years later?

14      A.   Yes.

15      Q.   And that -- you stated that you loved David

16  Carpenter or was addicted to him and felt that you had

17  to be with him?

18      A.   Yes.

19      Q.   And that you had an intense and stormy

20  relationship; is that right?

21      A.   Yes.

22      Q.   You told Rycke that you separated from him when

23  your second daughter was six months old because of his

24  infidelity?

25      A.   Yes.

1      Q.   Okay.  So when was your child born?  Your

2   second child?

3      A.   My second child was born in '94.

4      Q.   Okay.  So if you separated from him when she

5   was six months old, you would have separated from David

6   in 1994, 1995?

7      A.   Yeah.  Yes.

8      Q.   Is that -- do you think that's right?

9      A.   Yeah.  She was born October the 8th, 1994.  So

10  it would have been in -- six months later -- it would

11  have been in '95, wouldn't it?

12     Q.   Okay.  And then so go back -- our earlier

13  discussion after you separated from him with that --

14  after you had the second child, then really the only

15  contact you had with him is letters?

16     A.   Yeah.  He -- he'd call me or whatever, but that

17  was right before he had went to jail.  'Cause I mean --

18     Q.   Went to prison for the second time?

19     A.   Yeah.  He went right after I left.

20     Q.   Okay.  And you didn't have frequent visits with

21  him then?

22     A.   Not that I remember.

23     Q.   And you don't remember after you separated from

24  him having discussions about your medical history or

25  medications?

1    A.   No, I --

2    Q.   Okay.  Now, did you tell Rycke that David

3  Carpenter said he grew up in an atmosphere of domestic

4  violence.  His father was physically abusive to him and

5  his mother?

6    A.   Yes.

7    Q.   You told her that he abused drugs and alcohol

8  from the first time you met him?

9    A.   David?

10   Q.   Yes.

11   A.   Yes.

12   Q.   You told Rycke that you saw him as someone that

13  went out of his way to make people like him?

14   A.   Yes.

15   Q.   You told Rycke that David would brag about

16  things, it made him feel macho, he always wanted to be

17  the coolest person?

18   A.   Yes.

19   Q.   You tell Rycke in retrospect you see him as

20  trying to impress others by being tough, a big man who

21  was bad?

22   A.   Yes.

23   Q.   Okay.  You tell Rycke you felt that many of

24  David's stories were fabricated or exaggerated in order

25  to make him feel important?

1      A.    Yes.

2      Q.    He did that to gain respect of others?

3      A.    Yes.

4      Q.    And you see him as -- told Rycke you see him as

5  someone who as part of being a tough guy would never

6  snitch on a friend in order to save himself?

7      A.    Yes.

8      Q.    And you tell Rycke that you and your father had

9  many conversations about David and his involvement in

10 the murder?

11     A.    Yes.

12     Q.    You told Rycke that your father never believed

13 that David was capable of it; is that right?

14     A.    Yes.

15     Q.    And did you also tell Rycke that you had doubts

16 about his involvement in the crime?

17     A.    Yes.

18     Q.    What does that mean?

19     A.    What does that -- what is my doubt or --

20     Q.    You told Rycke during the interview that you

21 had doubts about David's involvement in the crime and I

22 was just wondering if you could explain that to us?

23     A.    I mean, I can't see him killing somebody and I

24 mean, like -- do you want detail into when he come home

25 and like --

1    Q.   Well, I was just trying to find out what you

2  meant when you told Rycke that statement?

3    A.   Because David was more talk than anything in

4  the world.   And then whenever it was -- he supposedly

5  murdered the lady and come back, well, he wasn't covered

6  in blood or nothing, you know what I mean?

7    Q.   Okay.

8    A.   And I don't --

9    Q.   And I think you -- later on you described your

10  feelings with Rycke.   We can get into that, okay?

11    A.   Okay.

12    Q.   Did you tell Rycke that when David was in

13  prison you began seeing J.C. Cloud in '97 or '98?

14    A.   Yes.

15    Q.   And you told Rycke that he was a childhood

16  friend of David Carpenter who was very solicitous

17  towards you?   Very nice to you?

18    A.   Yes.

19    Q.   Okay.   At the time you told Rycke you had three

20  children and was struggling and he helped you and your

21  mother get an apartment?

22    A.   Yes.

23    Q.   And you told Rycke that they saw John -- you

24  saw J.C. on and off for a couple years and eventually

25  got married?

61

1     A.    Yes.

2     Q.    Okay.  And you were married to him less than a

3  year when he was killed in a train accident in 2000?

4     A.    Yes.

5     Q.    Okay.  But you said you -- you have ambivalent

6  feelings toward him; is that right?

7     A.    Yes.

8     Q.    Have mixed emotions about him?

9     A.    Yes.

10    Q.    John Cloud is not the person you thought he

11 was?

12    A.    Yes.

13    Q.    You told Rycke that before he died you learned

14 that he had molested your oldest daughter?

15    A.    Yes.

16    Q.    And that you told Rycke he was a very devious,

17 manipulative and a liar?

18    A.    Yes.

19    Q.    And he was jealous, possessive and inclined to

20 retaliate when he was angry?

21    A.    Yes.

22    Q.    You told Rycke on one occasion that he set fire

23 to your car?

24    A.    Yes.

25    Q.    Why did he do that?

62

1      A.    Because I went out with a friend to a club.

2      Q.    Did you tell Rycke that you felt that J.C.

3 Cloud may have given the police the anonymous tip that

4 may have led to David's arrest?

5      A.    Yes.

6      Q.    And you think that J.C. Cloud told the police

7 that David was involved in the murder as a retaliation,

8 in order to prevent him from getting back together with

9 you?

10     A.    Yes.

11     Q.    Now, did you share any of those concerns with

12 Mr. Penrod or Ms. Judin?

13     A.    I don't remember, because at the time, he had

14 me -- telling me to do this, you know.

15     Q.    When you say he?

16     A.    I feel like -- John Cloud.  J.C.  I don't know.

17 I feel like he was trying to brainwash me or whatever so

18 I was doing whatever he was telling me to do.

19     Q.    Okay.  And he was telling you not to talk to

20 anybody?

21     A.    Right.  Well, he was telling me to talk to

22 the --

23     Q.    Police?

24     A.    -- the police and you know.

25     Q.    Okay.  And you told Rycke that you and David

1   still continued to correspond?

2       A.   Yes.

3       Q.   Write letters?

4       A.   Yes.

5       Q.   And that he remains in contact with your

6   daughters; is that right?

7       A.   Yes.

8       Q.   And they've been down to visit him in prison;

9   is that right?

10      A.   Yes.

11      Q.   Have you been down to visit him?

12      A.   No, I haven't seen him in 10 years.

13      Q.   Okay.  You feel that you're currently on good

14  terms with him?

15      A.   Yeah.

16      Q.   And you told Rycke that is that right?

17      A.   Yes.

18      Q.   Okay.  Did you tell Rycke that regarding the

19  events of that day that you had trouble -- or you did

20  not remember much about what happened on August 28,

21  1991?

22      A.   Yes.

23      Q.   Did you tell Rycke you recall that day because

24  it was your mother's birthday?

25      A.   Yes.

1   Q.   And you were pregnant with your first child.

2   A.   Yes.

3   Q.   And you and David were living in a two-bedroom

4   mobile home with another couple?

5   A.   Yes.

6   Q.   Okay.  And you told Rycke that you remember

7   that you -- you were awaken by David Carpenter --

8   A.   Yes.

9   Q.   -- right?  And you told Rycke at the time that

10  you thought he had returned from taking one of their

11  roommates to school?

12  A.   Yes.

13  Q.   Right.  So you have a recollection -- do you

14  still have that recollection or do you remember telling

15  that to Rycke?

16  A.   Yeah.  I mean I had the recollection and I

17  remember, but now in my head I kind of -- I'm like -- on

18  the timeline I don't know if -- what -- I can't tell you

19  what time of day.  I know it wasn't nighttime but...

20  Q.   Okay.  Did you tell Rycke that your memory of

21  events that day were not clear?

22  A.   Yes.

23  Q.   And you told her that you know David woke you

24  up and said he'd killed a woman?  You remember that?

25  A.   Yes.

1    Q.   You can't remember -- you told Rycke you can't

2  remember the words -- the exact words and conversation?

3    A.   Correct.

4    Q.   Okay.  You told Rycke you recall there was no

5  blood on his clothes or his hands -- David's hands?

6    A.   No.

7    Q.   Is that correct?

8    A.   Yes.

9    Q.   And you remember he did not get rid of any

10  clothes nor did he scrub his hands; do you remember

11  that?

12    A.   Yes.

13    Q.   Okay.  Now, did you share that information with

14  Mr. Penrod or Ms. Judin, do you recall?

15    A.   Yeah, I remember having the conversations

16  because there was just like these little splatters on

17  his tennis shoes that looked like grape jelly.  I mean,

18  little bitty, I mean, you know.  And I didn't understand

19  why if you had just killed somebody, why aren't you

20  covered in blood.

21    Q.   Okay.  And that's -- and you relayed that to

22  Rycke Marshall?

23    A.   Right.

24    Q.   Okay.  And you told Rycke when you heard that

25  you were scared, but you didn't ask any further

1    questions?

2        A.   Right.

3        Q.   And you told Rycke that David said not to speak

4    about it?

5        A.   Right.

6        Q.   And you never talked about it again?

7        A.   No.

8        Q.   And you were 16 at the time?

9        A.   Yes.

10       Q.   Okay.  And so as you sit here now, are your

11   events -- the recollection of that day are they clear?

12       A.   No.

13       Q.   Okay.  Did you tell Rycke Marshall that

14   everything seemed unreal and you don't really remember

15   anything else that happened on that day?

16       A.   Yes.

17       Q.   When you say it seemed unreal, is that how you

18   felt before taking the medication or on the medication?

19   What did you mean by unreal?

20       A.   It's like, I can't remember that -- the whole

21   day.  Of course it's been how many years ago.

22       Q.   Right.

23       A.   And it's like in and out stuff.  I remember him

24   waking me up.  I remember that.  Then I remember getting

25   in the car going to his aunt's house.  Everybody was

1    over there crying.  But it was all like -- if you're

2    like, looking back, it's like clips of a film.  You know

3    what I mean?  It's like I was there, but it don't

4    feel --

5         Q.   Didn't feel like you were personally

6    participating?

7         A.   Right.

8         Q.   And you told Rycke that during your interview,

9    did you not?

10        A.   Yes.

11        Q.   You told her that that was your first

12   pregnancy?

13        A.   Yes.

14        Q.   And you weren't taking any drugs or medications

15   at the time?

16        A.   No.

17        Q.   And you recall that your relationship with

18   David was quite strained at the time --

19        A.   Yes.

20        Q.   -- is that right?  And you were depressed and

21   having mood swings at the time?

22        A.   Yes.

23        Q.   And you recall that you were -- felt very

24   paranoid?

25        A.   Yes.

1     Q.   You were afraid of the dark?

2     A.   Yes, still am.

3     Q.   Afraid of being left alone at night?

4     A.   Yes, still am.

5     Q.   And you told Rycke that?  You told her also

6 that you had hallucinations unless you were on drugs; is

7 that right?

8     A.   Yes.

9     Q.   And sometimes you thought that you would hear

10 people calling your name when you were in the shower?

11    A.   Yes.

12    Q.   And you would get in and out multiple times?

13    A.   Yes.

14    Q.   Can you elaborate on that a little bit?  What

15 does that mean you were hearing --

16    A.   Just like being in the shower and then I think

17 my kids are calling me, so I kept like -- taking a

18 shower for me then was horrible 'cause, in and out in

19 and out trying to get clean, but I'm thinking I'm

20 hearing somebody calling my name, you know.  Like now,

21 usually whenever I shower, now my mom has to time me.  I

22 only have a certain amount of time or I'll stand in

23 there and I'll just scrub and scrub you know.

24    Q.   Okay.  Do you remember ever having

25 conversations with David at the time telling him that

1   you were hearing voices?

2       A.   No.   I never got to tell him.

3       Q.   Okay.

4       A.   'Cause, I mean -- like, I have OCD where

5   everything has to be clean and I was that way back then

6   and they always joked and laughed about it.   So, I mean,

7   I'm not going to sit here and tell them, hey, you know,

8   I'm hearing stuff.   This ain't right.   That ain't right.

9       Q.   So you got teased about the fact that you were

10  obsessive about the cleaning?

11      A.   Right.   And he --

12      Q.   And you didn't want to disclose anything else?

13      A.   Right.   And then I had bad mood swings so he

14  just thought I was a straight up -- how would you say

15  it -- pain.

16      Q.   Okay.   Now, you told Rycke at the time of these

17  interviews that you didn't remember how many dates when

18  the police questioned you or when you appeared in trial?

19      A.   No.

20      Q.   And you still don't?

21      A.   No.

22      Q.   Okay.   And there are other aspects about this

23  that your memory's not good about; is that right?

24      A.   Yes.

25      Q.   You haven't seen David Carpenter since 1997?

1    A.   Yes.

2    Q.   Okay.  But you have had contact through the

3 letters?

4    A.   Yes.

5    Q.   And in the letters that you write, you speak

6 lovingly at each other?

7    A.   Yeah.  He's more lovingly than me, but yeah.

8    Q.   Okay.  You do recall -- you told Rycke that you

9 recall when he was about to be released from prison the

10 first time the police came to talk?

11    A.   Yes.

12    Q.   Is that right?  And you told Rycke that they

13 came to see you at work about your mother?

14    A.   Yeah at first.

15    Q.   And that's when they said they got an anonymous

16 tip that your mother was violating her probation?

17    A.   Yeah.

18    Q.   And I think as you discuss -- you now believe

19 that John Cloud tipped you off?

20    A.   Yes.

21    Q.   And you told Rycke that?

22    A.   Yes.

23    Q.   When --- you told Rycke when the police first

24 contacted you and they -- they told you they thought you

25 had information about the murder?

1       A.      Yeah.

2       Q.      You told them initially that you didn't know

3    what they were talking about?

4       A.      Yes.

5       Q.      And so again how many discussions do you think

6    you had with them when they would come to you and say,

7    we need to talk to you and you'd say, I don't know what

8    we're talking about?

9       A.      Oh, that I didn't know.  About two.

10      Q.      Okay.  And did you -- did you tell Rycke that

11   you were frightened when you were approached by the

12   police?

13      A.      Yes.

14      Q.      Okay.  You told Rycke the second time the

15   police came to your house they took her to the police

16   station; is that right?

17      A.      They took me to the police station, yes.

18      Q.      And that you -- that you told Rycke you'd never

19   been in jail before?

20      A.      Yes.

21      Q.      And you were extremely intimidated?

22      A.      Yes.

23      Q.      And you told Rycke that they said that they

24   knew you were lying?

25      A.      Yes.

72

1      Q.   Who told you that you were lying?

2      A.   Ken Penrod.

3      Q.   And what -- did he say anything more than that?

4      A.   He said that -- yeah -- because see, somebody

5   was telling him that I knew more than what I was saying.

6      Q.   Okay.  And that upset you?

7      A.   Yeah.

8      Q.   And you told -- but you told Rycke you still

9   didn't give them the statement at that time; is that

10  right?

11     A.   No, I didn't.

12     Q.   Okay.  And you went -- and you told Rycke you

13  went home and reported that to J.C. --

14     A.   Yeah.

15     Q.   -- and he told you to cooperate?

16     A.   Yeah.

17     Q.   Okay.  Did you tell Rycke you thought you --

18  that might have happened between 10 and 15 times?

19     A.   Me going down there?

20     Q.   Yes.

21     A.   And then coming -- yes.

22     Q.   Okay.  And you told Rycke that you'd never been

23  questioned like that before in your life; is that right?

24     A.   Yes.

25     Q.   You told them -- you told Rycke you were

1  particularly afraid of Penrod and found him

2  intimidating?

3      A.   Yes.

4      Q.   And you told Rycke that Penrod would come and

5  pick you up and take you to those rooms and you would

6  sit forever until you wrote a statement or they'd --

7  they'd write it and you'd have to sign it?

8      A.   Yes.

9      Q.   And you told Rycke on one occasion you were

10  taken to a different police station there, fingerprinted

11  and they told you they have to do that so you wouldn't

12  be considered a murder suspect?

13      A.   Yes.

14      Q.   Okay.  And how did that make you feel?

15      A.   I thought we were going for a interview and

16  then when we get down there they're fingerprinting me.

17  I don't know.  And then we got through I was like,

18  what'd we do that for and they were like to rule you out

19  as a murder suspect.  I was like oh.

20      Q.   Okay.  Did you tell Rycke that you felt

21  tremendous pressure to provide information because they

22  told you they were lying -- that you were lying?

23      A.   Yes.

24      Q.   And you told her that you believed that you

25  might be put in jail or your children might be taken

1  away?

2      A.   Yes.

3      Q.   Now, that's something that you believed because

4  of what J.C. told you?

5      A.   Yes.

6      Q.   But that's not something that Penrod or --

7      A.   No.

8      Q.   Okay.  And you told Rycke that Penrod told you

9  that they knew that you knew that David had had you

10  clean the blood off his knife and shoes?

11      A.   Yes.

12      Q.   Okay.  And after you admitted that, you told

13  Rycke they stopped questioning you; is that right?

14      A.   Yes.

15      Q.   And you told Rycke that you eventually signed a

16  statement?

17      A.   Yes.

18      Q.   And you told Rycke that you were sure if you

19  told the police everything you knew, David would not get

20  the death penalty?

21      A.   Yes.

22      Q.   And when you say the police told you that --

23      A.   I mean Penrod.

24      Q.   Penrod told you that.  And you told Rycke that

25  they would write it, you would sign it?

1      A.    Right.  Yes.

2      Q.    And there were some things in the statement

3  that you didn't understand?

4      A.    Yes..  It's hard for me to understand a lot of

5  it.

6      Q.    And you told Rycke that at the end, you were

7  very upset and wanted to get out?

8      A.    Yes.

9      Q.    And you told Rycke that after you gave a

10  statement, they told you they were going to seek the

11  death penalty anyway; is that right?

12      A.   Yes.

13      Q.    You told Rycke that made you sick and unable to

14  breathe?

15      A.    Yes.

16      Q.    Did you feel that you had been lied to at that

17  time?

18      A.    Yes.

19      Q.    And did you mention that to anybody?

20      A.    I'm not -- I just remember bits and pieces and

21  I remember when they said the death penalty that I was

22  crying.  I --

23      Q.    Okay.  Did you tell Rycke that you had had a

24  number of interviews with the prosecutors?

25      A.    Yes.

1    Q.   And you told Rycke that you felt the

2  prosecutors were real nice?

3    A.   Yes.

4    Q.   Is there a qualification of that?

5    A.   Well, I thought they were being nice, but

6  they're not -- they weren't.

7    Q.   Why do you say that?

8    A.   Because they were -- how to say it -- like, if

9  I was to sit here and be sweet and all this in front of

10  y'all, you know.  You'd think I was being nice, but

11  after you done heard all this, you would know.

12    Q.   You think they were being two-faced about it?

13    A.   That's the way I felt.

14    Q.   Okay.  They -- you told Rycke they took you out

15  to eat?

16    A.   They didn't take me out to eat.

17    Q.   Okay.  What did --

18    A.   What happened was, is they come to my house to

19  question me.  My children were there.  I didn't want my

20  children to know nothing because they were still little.

21  So they said that they had to talk to me.  So there's a

22  Braum's.  So we went to the Braum's and talked.  I don't

23  even remember what we talked about.  But we didn't go

24  out to eat dinner or nothing like that.  They didn't

25  never buy me anything.  Nothing like that.

1      Q.   You just met at a Braum's?

2      A.   Yeah, we met there 'cause I didn't want them to

3  talk to me in front of my kids.

4      Q.   Okay.  And did you tell Rycke that they

5  practiced your testimony with you to be sure you were

6  prepared?

7      A.   Yeah, they --

8      Q.   How many times did they do that?

9      A.   I would say a couple.  They would take me into

10 the courtroom and let me sit up there on the stand, you

11 know, where I'd be sitting and then they would just show

12 me how everything was going to be and what the -- you

13 know, if I -- I don't -- if it was something, say I

14 don't recall.  And just certain stuff.  I mean, 'cause,

15 I mean, I wouldn't come up with I don't recall.

16     Q.   Okay.  And you told Rycke that during the trial

17 when you're in the witness room, that all the other

18 people were talking about the case?

19     A.   Yeah, we --

20     Q.   And they were talking about giving David the

21 needle?

22     A.   A police officer come in and he was, excuse me,

23 being a smart, something or another.  And said, yeah,

24 well, why don't they just give me the needle, I'll take

25 care of it right now.

1      Q.   Okay.  And you told Rycke that you were aware

2  that that wasn't right?  That that was not appropriate,

3  but you were afraid to say anything?

4      A.   Right.

5      Q.   Why were you afraid to say something?

6      A.   'Cause I didn't want to get in no trouble and

7  there was like so many people in there talking about the

8  case when nobody was supposed to be talking about it.

9  There was papers laying down that you -- we were

10  reading, that we shouldn't even been looking at.  There

11  were pictures showed like from where the police chased

12  David in the pickup truck.  Where they took pictures of

13  the stuff that had like -- he had threw out the window.

14  And the truck where it was in the field where they

15  finally got -- I mean, they showed pictures of that.

16      Q.   Okay.

17      A.   They were just like open and it wasn't supposed

18  to -- I don't think that was fair at all.

19      Q.   And then you'd also told Rycke at that time you

20  were extremely anxious and fearful of getting in

21  trouble?

22      A.   Yeah.

23      Q.   You told her you'd become depressed after the

24  birth of your last child in 1997?

25      A.   Yes.

1     Q.   And that your depression intensified during

2  this trial?

3     A.   Yes.

4     Q.   And that you found the experience of being

5  constantly interrogated to be very traumatic?

6     A.   Yes.

7     Q.   And that you were unable to sleep, emotionally

8  distraught, felt you were walking on egg shells?

9     A.   Yes.

10     Q.   And you told Rycke that you told that -- the

11  prosecution didn't want to testify or have anything to

12  do with the trial?

13     A.   Yes.

14     Q.   And you told them about the psychological

15  state, being on medication?

16     A.   I told Kim Judin, yes.

17     Q.   Okay.  And then you told Rycke they said they

18  did not care?

19     A.   Yeah.  It didn't matter.

20     Q.   Okay.  Is that -- I mean, it's important if you

21  can't to try to remember the words they used?

22     A.   I don't remember word for word, but I know that

23  it just blew over like it wasn't nothing.

24     Q.   And can you remember who told you that?

25     A.   Kim Judin.

80

1      Q.   Okay.

2      A.   She's the one I went to and told.

3      Q.   Okay.  And did you tell Rycke that you felt

4  overwhelmed and confused at that time?

5      A.   Yes.

6      Q.   You told Rycke you couldn't resolve the

7  discrepancy in your mind of what they said that David

8  did and what you witnessed on that morning?

9      A.   Yes.

10     Q.   Okay.  And you told Rycke that if he'd actually

11  murdered, he probably should have been covered in blood?

12     A.   Yes.

13     Q.   And you told Rycke you're still confused?

14     A.   Yes.

15     Q.   Is that true today?

16     A.   Yes.

17     Q.   Okay.  You also told Rycke you're not going to

18  lie about what David Carpenter told you?

19     A.   Yes.

20     Q.   You don't want to go to jail?

21     A.   Yes.

22     Q.   You don't want to get in trouble?

23     A.   Yeah.

24     Q.   And you're here to tell the truth --

25     A.   Yes.

81

1      Q.   -- is that right?

2              MR. ANTON:   Can we take a short break?

3              (Break taken form 1:20 to 1:37)

4      Q.   (By Mr. Anton) Just a couple quick questions.

5  How did you get here today?

6      A.   Ken.  Kenny.

7      Q.   Kenny Johnson?

8      A.   Yeah.

9      Q.   Okay.  And he's provided -- he provided you

10  with transportation?

11     A.   Yes.

12     Q.   Do you drive?

13     A.   Sometimes.

14     Q.   Okay.

15     A.   I only have a permit.

16     Q.   Okay.  And in 1997 when the investigator --

17  Detective Penrod was dealing with you, did you drive --

18  could you -- the police would come and pick you up?

19     A.   Uh-huh.

20     Q.   Were you driving at that time?

21     A.   No.

22     Q.   Did you have a license at that time?

23     A.   No.

24     Q.   And how did you get to and from court?

25     A.   How did -- they would come get me.

1      Q.   Okay.  Was there a reason you did not have a

2   license?

3      A.   I didn't know how to drive.  Scared.

4      Q.   Okay.  And you conveyed that to them?

5      A.   I don't know.  I know they knew I didn't have a

6   license and I didn't drive.

7               MR. ANTON:  Okay.  That's all the questions

8   I have at this time.

9               MS. KUYKENDALL:  Can we just step outside?

10              MR. ANTON:  We can step out.  It'd be more

11  convenient.

12              (Break taken from 1:38 p.m. to 1:46)

13                        EXAMINATION

14  BY MS. MIRANDA:

15      Q.   Mandee, my name is Tina Miranda, I'm with the

16  Attorney General's office and I just want to ask you a

17  couple questions about your testimony.  And again, I

18  just want to reiterate, if you have trouble

19  understanding any of my questions -- I talk fast, I know

20  that --

21      A.   Oh no.

22      Q.   -- so if I talk fast or give you a compound

23  question or if you just get confused, don't be afraid to

24  stop me and say, hey, I have no idea what you're talking

25  about.

1    A.   Okay.

2    Q.   Can you rephrase it, okay?

3    A.   Okay.

4    Q.   All right.   Just to start, want to talk a

5  little bit about some of the memory lapses or problems

6  that you have.   First of all, just generally speaking,

7  you were saying that your memory has been affected by

8  the medication; is that correct?

9    A.   Yes.

10    Q.   And I believe that you also mentioned that you

11  had some memory issues prior to taking the medication.

12  When did you first start noticing those?   If you can

13  recall and I understand that it may be hard, but just to

14  the best of your ability to answer those questions.

15    A.   I don't recall.

16    Q.   Okay.   Do you recall when the first time was

17  that you might have reported that to a doctor or

18  physician that you were seeing?

19    A.   No, because the meds[sic], they make it worst

20  so...

21    Q.   Okay.

22    A.   I mean, the doctors, they already, you know,

23  basically know.

24    Q.   Right.

25    A.   You know that my memory's going to be affected

1   from it.

2       Q.   Sure.   And as you sit here and testify today --

3       A.   Yes, ma'am.

4       Q.   -- in 2010, is it fair to say that your memory

5   back at the time of trial or at the time you were

6   speaking to police is probably better than what you

7   recall today simply by the passage of time?

8       A.   Probably.

9       Q.   Okay.   Regarding the specific event that

10   happened in 1991, as far as David coming home and making

11   the statement to you, would you say that was a pretty

12   significant event having him come home and -- whether

13   you believed what he said or not -- and having him come

14   home and simply say, hey, I murdered a woman --

15       A.   Yes.

16       Q.   -- that was pretty significant, right?

17       A.   Yes.

18       Q.   And at the time you believed him; is that

19   correct?

20       A.   Yeah.

21       Q.   Okay.

22       A.   Now, that I put it -- it don't seem right.

23       Q.   But at the time?

24       A.   Yeah.

25       Q.   Yeah?

1      A.   Yeah.

2      Q.   I understand.  You also mentioned that you

3   believed that -- can I call him J.C.?

4      A.   Uh-huh.

5      Q.   Is that easier for you?  That J.C.  was the one

6   who reported to police that you believed David was

7   involved?

8      A.   Yes.

9      Q.   And you also mentioned that when the police

10   came to talk to you, they indicated to you that they

11   thought you knew more about what happened than you were

12   telling them?

13      A.   Yes.

14      Q.   What did you originally tell them?

15      A.   The first time they come I was like, I don't

16   know nothing about no stabbing.  I was like, I know

17   David had got shot at a bar.  That's all.  I don't know

18   nothing about a stabbing.

19      Q.   Okay.  When you talked to them the first time,

20   what kind of specifics did they have about the offense

21   they thought you knew about?

22      A.   Alls I remember is homicide.

23      Q.   Did they know the name of the victim?

24      A.   Did they tell -- I don't remember if they said.

25      Q.   Okay.  As far as J.C., your belief that J.C.

1  called the police and was the anonymous informant

2  telling them that you knew information, how was it that

3  J.C.  knew that you knew information about a homicide?

4       A.   I had told him about some of the stuff.

5       Q.   Okay.  Do you recall when you first told him?

6       A.   No, I don't.

7       Q.   Okay.  Do you recall any of the specifics of

8  the conversation that you told him?

9       A.   Just probably that he had woke me up and told

10  me that he had, you know --

11       Q.   So essentially, probably the same kind of stuff

12  you had initially told the police?

13       A.   Yes.

14       Q.   Okay.  And even recently when you spoke to

15  Dr. Marshall -- Rycke, you could still recall him,

16  David, coming home and telling you -- waking you up and

17  telling you that he killed a woman?

18       A.   It's like a daze -- a daze -- you know what I

19  mean?

20       Q.   Sure.  Sure.  It was a long time ago.  I

21  understand.  Going to the time of trial when you were

22  speaking with the prosecutor in this case, do you

23  recall -- I'm assuming you had several meetings with the

24  prosecutors; is that correct?

25       A.   Uh-huh.

1    Q.   Okay.  Not the police, but the prosecutors?

2    A.   Uh-huh.

3    Q.   Do you recall whether it was the first one --

4  and I understand if you can't say second or third, but

5  was it early on towards the middle, more closer towards

6  trial when you told them about your medical condition?

7    A.   Probably around the middle.

8    Q.   Okay.  So after you'd had a couple meetings?

9    A.   Probably.

10   Q.   But before --

11   A.   Yeah.

12   Q.   --the trial?

13   A.   Before the trial.

14   Q.   And you had these conversations more than once

15  with the prosecutors?

16   A.   I'm note sure.

17   Q.   Okay.  Do you recall if anyone other than -- I

18  believe you said -- who was it that you told, I'm sorry?

19   A.   Kim Judin.

20   Q.   Kim.  Other than Kim, was there anyone else

21  present when you had these conversations?

22   A.   I don't remember.

23   Q.   And again, I know it was a long time ago, but

24  as specifically as you can recall, what exactly did you

25  tell Kim?

1       A.   About being on the medication?

2       Q.   About anything that had to do with your mental

3   health?

4       A.   Oh, I told her that I was on the Zoloft or

5   whatever.

6       Q.   Uh-huh.  Did you tell her what for?

7       A.   I'm not sure.  I'm sure I did, but I mean, I'm

8   not a hundred percent for sure because --

9       Q.   But you --

10      A.   I know I was trying to get out of having to

11  testify.

12      Q.   Okay.

13      A.   I thought but...

14      Q.   But it's fair to say that you recall

15  specifically telling her that you were on medication?

16      A.   Yes.

17      Q.   But you don't recall exactly if you told her

18  what it was for or if she -- did she ask?

19      A.   I don't remember.

20      Q.   Okay.  You mentioned that you practiced your

21  testimony with the prosecutor several times and that

22  they took you into the courtroom and they showed you

23  where everything was.  Was that in an attempt to

24  alleviate some of the anxiety you had about testifying?

25      A.   Maybe.

89

1     Q.  Did they mention anything about why they were

2  doing it?

3     A.  They were showing me what it was going to be

4  like.  And then, you know, they would say stuff like

5  they're going to be saying this and -- I remember they

6  taught me the word, I don't recall.

7     Q.  And I'm kind of going to back up a little bit.

8  And I apologize for this, but I want to talk a little

9  bit more about your conversations with Ken Penrod?

10     A.  Uh-huh.

11     Q.  Now, you say in the first couple of

12  conversations, basically you told him you didn't know

13  anything about it.  And then they take you to this room

14  and they sit you down and they question you for a long

15  time.  What did you first tell them once you first

16  decided to cooperate?  What did you first tell them?

17     A.  I think I told them about him waking me up.  I

18  think.  I mean it's been forever.

19     Q.  And in relationship to you making that first

20  admission regarding what you knew, when did you have the

21  conversation with him about seeking the death penalty in

22  this case?

23     A.  It was -- I believe it was early on.  'Cause, I

24  mean, they took me to that place and I don't know how

25  many statements there was or whatever, but it was early

1   in the conversation because I did not want him to get

2   death.

3        Q.    And when you say early on, are you talking

4   about early on in the interview when you began

5   cooperating or after you started cooperating?

6        A.    Before.

7        Q.    Before.  You indicated just now that you didn't

8   recall how many statements --

9        A.    Yeah.

10       Q.    -- that you made.  Do you recall how many you

11   signed?

12       A.    No.

13       Q.    All right.  Do you recall -- you do recall

14   signing statements or affidavits?

15       A.    Yeah, I signed statements.

16       Q.    Okay.  Do you recall whether that was typically

17   after you had made an oral statement to them whether you

18   had had a conversation and typically following that

19   conversation --

20       A.    Yeah.

21       Q.    -- they would present you with --

22       A.    They would write.

23       Q.    Okay.  And you would sign it?

24       A.    Yeah.

25       Q.    When was it in relationship to those statements

1  that you learned that the State was going to seek the

2  death penalty?

3      A.   This was after I was -- I had done said

4  everything.

5      Q.   So after the last statement that you had

6  signed?

7      A.   Yeah.   Then it -- he comes and says, well,

8  we're going the seek the death penalty.

9      Q.   Do you recall where you were when you made --

10 when he told you that?   Were you still in one of those

11 rooms?

12     A.   I believe so.

13     Q.   Were you writing to David at this time

14 regarding what was going on?

15     A.   I was writing to him, but I don't know what all

16 I was writing about.   It's been years and...

17     Q.   Okay.   Did you ever write to him and tell him

18 about what the police had done and your estimation as

19 far as lying to you?

20     A.   I think I have wrote a letter telling him the

21 police come to me asking me about a homicide.

22     Q.   Do you recall whether you wrote David any

23 letters after you began cooperating with the police?

24     A.   I don't remember.

25     Q.   What about following your testimony at trial,

92

1  did you continue to write to him?

2      A.   After the whole thing was over with?

3      Q.   Uh-huh.

4      A.   I don't think we wrote for a long time and then

5  we wrote.  I think there was like time where we didn't

6  speak or something.

7      Q.   Okay.  Did you stop writing or did he?

8      A.   Me.

9      Q.   Okay.  Why was that?

10     A.   I was confused about everything.

11     Q.   All right.  Can you elaborate a little bit on

12  that?

13     A.   I was supposed to be getting married and he --

14  I don't know.

15     Q.   It's okay.  You can take your time and just.

16     A.   I just -- I just quit writing.

17     Q.   Okay.  After you quit writing, who first

18  contacted who again once you started your contact up

19  again?  Did you write to him first or did he write to

20  you first?

21     A.   He wrote to the kids.

22     Q.   Okay.

23     A.   So it would be like something through the kids,

24  you know, maybe like quite a long time or something.

25     Q.   And would they tell you what he said --

1    A.   Yeah.

2    Q.   -- in his letters?

3    A.   Yeah.

4    Q.   Did you read their letters?

5    A.   Sometimes I did, sometimes I didn't.   Because I

6  wanted to make sure --

7    Q.   Sure.

8    A.   -- what he was saying.

9    Q.   Absolutely.   I understand.   At what point did

10 he write to you or did you write to him?

11   A.   I don't remember when that was.

12   Q.   Okay.   Do you recall who wrote to who first?

13   A.   No.

14   Q.   Okay.   Do you recall him writing you several

15 letters asking you to write to him?

16   A.   Yes, I do.   That sounds familiar.

17   Q.   Okay.   All right.   But you don't recall how

18 many letters you received?

19   A.   (Nods).

20   Q.   All right.   Do you recall why you eventually

21 sort of gave in and started writing back to him?

22   A.   Because he was the father of my kids.

23   Q.   Okay.   And tell me about your relationship with

24 David once you started writing to him.   Obviously, you

25 hadn't spoken in a while and now you're continuing to

1  write.  What other contact did you have with him besides

2  letters?

3      A.   None.

4      Q.   None.  You didn't go to visit him?

5      A.   At one point -- I haven't seen David in --

6  since the trial.

7      Q.   Okay.  Did you ever speak with him on the

8  phone?

9      A.   I don't remember.

10      Q.   Did your children ever speak with him on the

11  phone?

12      A.   I don't remember 'cause I know that they --

13  that after the trial they hold him in Lew Sterrett for a

14  little while.

15      Q.   Uh-huh.

16      A.   So I know he had access to call.

17      Q.   Uh-huh.

18      A.   But I don't know if we had a phone at that time

19  or --

20      Q.   Uh-huh.

21      A.   -- what.  I don't remember.

22      Q.   What about since he's been moved?

23      A.   Since he's been moved?

24      Q.   To Polunsky.  To where he is currently located?

25      A.   Have we what, spoke to him on the phone?

95

1    Q.   Uh-huh.

2    A.   I think the kids have.

3    Q.   Okay.  And you never spoke to him when he

4  called to talk to them to say hi or anything like that?

5    A.   I might have.  Nothing -- nothing like, hey,

6  how are you, you know.

7    Q.   Right.  In your conversations with David,

8  whether on the phone or in letters after trial, do you

9  ever discuss his case?

10    A.   No.

11    Q.   His situation?

12    A.   (Nods).

13    Q.   No.  Can you tell me what you do discuss,

14  generally speaking?

15    A.   Generally speaking, like if I was -- I would

16  just be like, hi, how you doing?  I hope you doing okay.

17  'Cause he's sick --

18    Q.   Uh-huh.

19    A.   -- you know.  And tell him about the kids or

20  whatever.  'Cause the kids will write something --

21  they'll be fighting so they'll write and one will write.

22  And I'll try to tell him what's going -- you know --

23  hey, look, it ain't like this it's -- stuff like that.

24    Q.   Okay.  What about your relationship with

25  David's family following trial?  How was that?

96

1    A.   Horrible.

2    Q.   Did that ever change?

3    A.   Yes.

4    Q.   Okay.  How did that come about?

5    A.   A few months ago I got a phone call from his

6  mom.

7    Q.   Okay.

8    A.   And she wanted to take the kids to see him.

9    Q.   Uh-huh.

10    A.   'Cause they hadn't seen him in 10 -- or however

11  many years.

12    Q.   Uh-huh.

13    A.   My middle child, she doesn't even know him.

14    Q.   Right.

15    A.   So anyway, she wanted to take them so I let

16  her.  I remember I took them over to her house.  They

17  welcomed me in.

18    Q.   Okay.  Now, prior to that phone call, had you

19  ever reached out and tried to contact her after trial?

20    A.   Right after trial, I did, and she hung up on

21  me.  I mean, like the day he was sentenced or whatever I

22  tried to call her and she hung up on me.

23    Q.   And then after that, you didn't have any

24  contact until she contacted you?

25    A.   Uh-huh.

97

1      Q.   Okay.  Now, I want to talk just a little bit

2  about your contact with meeting investigators in this

3  case and you mentioned that for the longest time you

4  simply didn't want to cooperate with anybody following

5  the trial?

6      A.   Right.

7      Q.   And there were several attempts to contact you

8  by investigators working for David's defense.  I believe

9  you said your first contact was with a woman; is that

10  correct?

11      A.   Uh-huh.

12      Q.   Okay.  That's what I want to talk about first.

13  Can you tell me, as best as you can recall, how that

14  contact happened from the time she knocked on your door?

15  Do you recall what she said to you when she knocked on

16  the door?

17      A.   She was -- she told me who she was and then she

18  just asked could she talk to me just for a minute.  I

19  said, I got to leave.  I said, I got to go get my kids.

20  And she said, I won't take, you know, your time or

21  whatever and then she just said that she wanted to talk

22  to me about David.

23      Q.   Okay.

24      A.   And that's how it got started.

25      Q.   Sure.  And then what -- how did the

98

1    conversation progress from there, as far as she

2    indicated that she wanted to talk to you about David?

3    What questions did she have?

4        A.   I don't remember the questions.

5        Q.   Okay.  What about meeting with Mr. Johnson, I

6    believe it was?

7        A.   Uh-huh.

8        Q.   Do you recall anything about that conversation?

9        A.   We sat down and we just talked and that

10    affidavit, I mean -- that was basically -- I don't know

11    what point that he -- I mean how many times he had come,

12    but I mean, it was like soon.  I mean it wasn't like he

13    had been at my house 10 times or whatever.

14        Q.   Sure?

15        A.   It might have been like the first, second,

16    third, you know, time.

17        Q.   And in your conversations with him, were they

18    about David in general?  Were they about his case?  Were

19    they about what you recall about the incident?  Can you

20    tell me a little bit more specifically about your

21    conversations?

22        A.   We talked about basically the whole situation.

23    Everything.

24        Q.   Okay.  But can you give me any specifics or as

25    much specifics as you can recall when you say the whole

1  situation?   What did that --

2      A.   I explained to him about J.C.   You know, what

3  he was doing.   And the -- you know, I didn't believe in

4  death penalty, you know.   That my kids are getting older

5  that, you know, they don't want their father to die, you

6  know.   Just --

7      Q.   Okay.   And what else can you recall?   How did

8  the topic of your mental health come up?

9      A.   I'm sure I brought it up.

10      Q.   Okay.

11      A.   I don't --

12      Q.   Do you recall how or why?

13      A.   I probably said something like, well, I'm on my

14  medicines right now so you'll have to excuse --

15      Q.   Right?

16      A.   You know something --

17      Q.   Okay.   Okay.

18      A.   He didn't like say, are you on medicine.   There

19  would be no reason why.   He don't even know me.

20      Q.   Okay.   Just give me one second.   And again as

21  far as your decision to cooperate with the defense

22  investigators after many years of deciding not to, can

23  you tell me again why you decided to do that.   What were

24  the factors?

25      A.   It would have to be my kids.

1    Q.   Okay.  They were the biggest reason?  What

2  about David did he have any influence on that as far as

3  your relationship with him?

4    A.   No.

5    Q.   Another topic that I want to touch on.  You

6  testified earlier about the hallucinations that you were

7  having, can you just clarify for me to the best of your

8  recollection when they started or when you recall them

9  starting?

10   A.   When I was younger or -- it didn't just happen

11  you know.

12   Q.   And you mention in your affidavit that

13  basically, you would just kind of hear somebody calling

14  your name; is that correct?

15   A.   Uh-huh.

16   Q.   What else were you hearing?  Anything?

17   A.   Just like certain noises would like -- and

18  still does set me off.

19   Q.   When you say, set you off, what do you mean?

20   A.   Like the noise has to stop.  I have to get away

21  from the noise.  It's -- it would be like somebody

22  scratching their nail down a chalk board to you but to

23  me it could be her over here typing on this.  It's

24  not -- what I'm saying is, it would make me like I got

25  to get -- you know, somebody if they accidentally

101

1   scraped a fork across a plate.

2        Q.   Okay.

3        A.   It just goes all over, you know.

4        Q.   Okay.  So it would be an actual noise that you

5   would hear but your reaction to it would just --

6        A.   Yeah, it just --

7        Q.   Right.

8        A.   Yeah.

9        Q.   Right.  Was a little more.  Okay.  And just one

10   more time to go back to one other thing I wanted the

11   clear up, quickly.  As far as the prosecutors taking you

12   in and showing you the courtroom, did they let you sit

13   in the witness stand?

14        A.   The witness.

15        Q.   The seat --

16        A.   Where I would be sitting?  Yeah, they had me

17   sit up in there.

18        Q.   Okay.

19        A.   'Cause they told me like they would be --

20   they're going to ask you this, you know.

21        Q.   Okay.

22        A.   And you tell them this.  And if they say, like,

23   what time of day because I can remember they were

24   telling me -- 'cause it was something to do with the

25   time of day that I got woke up, you know.  And they were

102

1  trying to say don't say it's like -- it was morning

2  because they're going to pressure you to find out how

3  you knew it was 8 o'clock in the morning.   Just say, you

4  know, I don't recall or whatever.

5      Q.   And did you recall what time you were woken up?

6      A.   Honestly, I think it was in the morning but now

7  I'm not for sure what time.

8      Q.   Okay.   Okay.   So they were in essence trying to

9  prepare you --

10     A.   Yeah.

11     Q.   -- for cross-examination?

12     A.   Right.

13     Q.   How the defense might take what you said --

14     A.   Right.

15     Q.   -- and try to make it into --

16     A.   Right.

17     Q.   -- something you weren't actually saying,

18  right?

19     A.   Right.

20     Q.   Okay.   And as far as them telling you -- you

21  said earlier they taught you, I don't recall?

22     A.   Yeah.

23     Q.   That was in an effort for you to -- if you

24  recalled to tell the truth, but if you didn't recall not

25  to try to recall something you didn't remember?

1      A.   Right.  Don't sit there and try to talk.  Just
2  say you don't recall and that's it.
3      Q.   Right.  Just give me one more second.  Mandee,
4  I'm going to hand you a letter that you wrote to
5  Mr. Carpenter.
6                MS. MIRANDA:  This is Tab 31.
7                MR. ANTON:  Okay.
8                MS. MIRANDA:  And it's going to be on the
9  bottom.  It's page numbers nine to 10.
10     Q.   (By Ms. Miranda) I'm going to hand that to you
11  and give you a second to read over that.
12                MS. MIRANDA:  I believe for purposes of the
13  record that this is already apart of the Court's case.
14  It was filed --
15                MR. ANTON:  Yes.
16                MS. PENROSE:  Yes.  This is Exhibit R.
17     A.   Okay.
18     Q.   (By Ms. Miranda) Okay.  Do you recall writing
19  that letter?
20     A.   Yes.
21     Q.   Okay.  Can you tell me where you say, that's
22  the only way I can think of for right now because we are
23  so close to the end.  Do you recall what you meant when
24  you wrote that?
25     A.   How far down?

104

1    Q.   Trying to find it in here.   One second.

2    Actually it's at the top.   It's at the bottom of the

3    page with the nine on the bottom corner.   Where it says

4    David.   It's the last part of that page and the top of

5    the page?

6    A.   Hey, I didn't even read this.   I didn't know it

7    was back there.

8    Q.   Sorry.   Says because we are so close to the end

9    I will not mess anything up if nothing else?

10    A.   Because he kept wanting me to come down there

11    and I didn't want to interfere, you know.

12    Q.   Uh-huh.

13    A.   And it's coming to the end.

14    Q.   Okay.

15    A.   I mean this is it.

16    Q.   Sure.   Sure.   What did you mean by, I will not

17    mess anything else up or anything up if nothing else?

18    A.   Because I'm not going to go down there and

19    visit him when I'm not supposed to and he's trying to

20    get me to come down there and see him.

21    Q.   Okay.   Why were you not supposed to go visit

22    him?

23    A.   I don't know.   I just know I wasn't supposed to

24    go see him.

25    Q.   Okay.   Did somebody tell you, you weren't

105

1   supposed to go see him?

2        A.   I was advised not to.

3        Q.   Okay.  Who advised you not to go see him?

4        A.   Well, the first person -- we'll just say I was

5   talking to that guy Kenny and, you know, I think he was

6   one of the ones that said not to go.

7        Q.   Okay.  Did he tell you why not to go?

8        A.   No, nobody has told me why I'm not supposed to

9   go.

10       Q.   Okay.  What about talking to him as far as

11  writing letters or talking to him on the phone; were you

12  advised not to talk to him on the phone?

13       A.   We -- he don't have no way to talk to me on the

14  phone now.

15       Q.   Okay.

16       A.   So and writing well, we knew -- we both know

17  that y'all have copies of the letters.  We done went

18  through court one time, you know.

19       Q.   Okay.

20       A.   And we had all the letters there so I mean.

21       Q.   Sure.  Sure.  Okay.

22       A.   Do you want this back?

23       Q.   Oh no, you can just leave it there for now.

24       A.   I mean, I had asked could I go see him.

25  'Cause, I mean, I --

106

1    Q.   Sure.

2    A.   I wanted to go down there with the kids.   We

3    had -- we were planning a trip actually and we were --

4    me, I was going to take the kids and we were going to

5    stay in a hotel down there and go visit.   And then I

6    asked and it was best not for me to go visit.

7    Q.   Okay.   Okay.

8         MS. MIRANDA:   I think that's all.   Pass the

9    witness.

10        MR. ANTON:   Can I just take a quick break

11   here?

12        MS. MIRANDA:   Sure.

13        (Break taken from 2:22 to 2:22)

14        MR. ANTON:   Okay.   I think we're concluded.

15        MS. MIRANDA:   She just mentioned something.

16        MR. ANTON:   Okay.

17        MS. MIRANDA:   Nothing, but she just kind of

18   recalling something and she just mentioned it to me so I

19   thought it would be best --

20        MR. ANTON:   Okay.

21        MS. MIRANDA:   -- we get her recollection

22   actually on the record.

23        THE WITNESS:   In the letter, I was trying

24   to tell him to see if he could get his daughter -- the

25   older daughter, Amber (phonetic), to take the kids down

1   there to see him.

2           MR. ANTON:   Right.   Okay.   Thank you.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NO. 3:02-CV-1145-B-AH

| | |
|---|---|
| DAVID LYNN CARPENTER | ) IN THE UNITED STATES |
| | ) DISTRICT COURT FOR THE |
| | ) NORTHERN DISTRICT OF |
| Petitioner, | ) TEXAS |
| | ) |
| | ) |
| VS. | ) DALLAS DIVISION |
| | ) |
| | ) |
| RICK THALER | ) |
| Director, Texas | ) |
| Department of Criminal | ) |
| Justice, Correctional | ) |
| Institutions Division, | ) |
| | ) |
| Respondent | ) CIVIL ACTION NO. |
| | ) 3:02-CV-1145-B-AH |

REPORTER'S CERTIFICATION
DEPOSITION OF MANDEE CLOUD
May 5, 2010

I, Quinlyn Busby, Certified Shorthand Reporter in

and for the State of Texas, hereby certify to the

following:

That the witness, MANDEE CLOUD, was duly sworn by

the officer and that the transcript of the oral

deposition is a true record of the testimony given by

the witness;

That examination and signature of the witness to

the deposition transcript was waived by the witness and

agreement of the parties at the time of the deposition;

That the original deposition was delivered to

Mr. Bruce Anton;

1    That the amount of time used by each party at the

2  deposition is as follows:

3        Mr. Bruce Anton ......01 HOURS:19 MINUTES
         Ms. Tina Miranda .....00 HOURS:32 MINUTES

4

5    That $179.85 is the deposition officer's charges to

6  the Respondent for preparing the original deposition

7  transcript and any copies of exhibits;

8    That pursuant to information given to the

9  deposition officer at the time said testimony was taken,

10  the following includes all parties of record:

11       Mr. Bruce Anton, Attorney for Petitioner;
         Ms. Tina Miranda, Attorney for Respondent.

12

13       That a copy of this certificate was served on

14  all parties shown herein on May 18, 2010 and filed with

15  the Clerk pursuant to Rule 203.3.

16    I further certify that I am neither counsel for,

17  related to, nor employed by any of the parties or

18  attorneys in the action in which this proceeding was

19  taken, and further that I am not financially or

20  otherwise interested in the outcome of the action.

21    Certified to by me this 18th day of May, 2010.

22

23                    Quinlyn Busby, Texas CSR 8187
                      Expiration Date:   12/31/11
24                    253 Trinity Drive
                      Lancaster, Texas 75146
25                    (972) 342-5594