

# TIMBERLAWN MENTAL HEALTH SYSTEM℠

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

The individual *Mandee Cloud*, being served at Timberlawn Mental Health System℠, on: *9-16-07*
(Facility)  (Date)

has received a complete explanation of: *Adderall*
Name of Medication

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate Accomplishment by a check mark |
|---|---|
| 1)  The nature of his/her mental and physical condition. | ✓ |
| 2)  The expected beneficial effects on his/her condition as a result of treatment with the medication (s). | ✓ |
| 3)  The probable health and mental health consequences of not taking medication, including the occurrence, increase or reoccurrence of symptoms of mental illness. | ✓ |
| 4)  The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefit as the medication(s) and why the physician rejects the alternative treatment. | ✓ |
| 5)  A description of the proposed course of treatment with the medication(s). | ✓ |
| 6)  The fact that side effects of varying degrees of severity are a risk of all medications. | ✓ |
| 7)  The relevant side effects of the medication(s) being prescribed are explained, including:<br><br>(A) any side effects which are known to frequently occur in most individuals;<br><br>(B) any side effects to which the individual may be predisposed; and<br><br>(C) the nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | ✓ |
| 8)  The need to advise staff immediately if any of these side effects occur. | ✓ |
| 9)  An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ✓ |
| 10) A review of Patient's Rights Under the Consent to treatment with Psychoactive Medication Rule (See MHRS 9-7) | ✓ |
| 11) An offer to answer any questions concerning this treatment. | ✓ |

I have received a complete explanation of the psychoactive medication(s) by means of:
(Circle those appropriate)
(oral explanation)   video presentation   printed material   other _____
(specify)

(Continued on Back)

MHRS 9-7

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I have received the written information on medications as requested and the printed material which summarizes specific information regarding the psychoactive medication(s) for which I have given my consent.

Based upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group (class) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate court may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that I must continue taking the psychoactive medication prescribed by my physician.

_Mandee Cloud_            _9-16-07_
Patient                                                             Date

---

Representative           Relationship to Patient          Date

_Andre_                    _RN_             _9-16-07_
Physician, P.A., R.Ph., RN or LVN Giving Explanation      Position            Date

                                        _Caller_   _9/16/07_
Signature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN      Date
(required within two working days of P.A., R.Ph., RN or LVN giving explanation)

---

## CONSENT TO TREATMENT INVOLVING A MINOR:

If this consent is for treatment of a minor under the Texas Family Code, the following information must be provided.

a)  Name of one or both parents, if known: _____

b)  Name of legally authorized representative of person, if appointed:_____

c)  Date on which treatment is to begin: _____ **CONSENT GIVEN BY PHONE DATE:** _____ **TIME:** _____

---

## WITHDRAWAL OF CONSENT FOR MEDICATION:

I formally withdraw my consent for _____
                                       (Name of Psychoactive Medication or Medication Group)


_____  _____  _____  _____
Patient Signature             Date                   Witness             Date

MHRS 9-7 (back)



# TIMBERLAWN MENTAL HEALTH SYSTEM℠

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

The indiv CLOUD, MANDEE 12/04/1975, being served at _Timberlawn Mental Health System℠_, on: 9/12/07
M# 000119639 12/04/1975                                    (Facility)                              (Date)
A# 01347260018 09/12/2007
MEDICARE C/Y                F ID
has receiv DR. FONTAINE plete explanation of: _____ Serax _____
                                                    Name of Medication

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate Accomplishment by a check mark |
|---|---|
| 1)  The nature of his/her mental and physical condition. | ✓ |
| 2)  The expected beneficial effects on his/her condition as a result of treatment with the medication (s). | ✓ |
| 3)  The probable health and mental health consequences of not taking medication, including the occurrence, increase or reoccurrence of symptoms of mental illness. | ✓ |
| 4)  The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefit as the medication(s) and why the physician rejects the alternative treatment. | ✓ |
| 5)  A description of the proposed course of treatment with the medication(s). | ✓ |
| 6)  The fact that side effects of varying degrees of severity are a risk of all medications. | ✓ |
| 7)  The relevant side effects of the medication(s) being prescribed are explained, including: | ✓ |
| (A)  any side effects which are known to frequently occur in most individuals; | ✓ |
| (B)  any side effects to which the individual may be predisposed; and | ✓ |
| (C)  the nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | ✓ |
| 8)  The need to advise staff immediately if any of these side effects occur. | ✓ |
| 9)  An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ✓ |
| 10) A review of Patient's Rights Under the Consent to treatment with Psychoactive Medication Rule (See MHRS 9-7) | ✓ |
| 11) An offer to answer any questions concerning this treatment. | |

I have received a complete explanation of the psychoactive medication(s) by means of:
(Circle those appropriate)
          oral explanation        video presentation        printed material        other _____
                                                                                          (specify)

                                                              (Continued on Back)
                                                              MHRS 9-7

# CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I have received the written information on medications as requested and the printed material which summarizes specific information regarding the psychoactive medication(s) for which I have given my consent.

Based upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group (class) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate court may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that I must continue taking the psychoactive medication prescribed by my physician.

_Mardee Clox, O_ _____ 9/12/07
Patient                                                                    Date

_____          _____          _____
Representative                                   Relationship to Patient              Date

_____                                        9/12/07
Physician, P.A., R.Ph., RN or LVN Giving Explanation      Position         Date

_____     _Coly 9/12/07_      _____
Signature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN     Date
(required within two working days of P.A., R.Ph., RN or LVN giving explanation)

## CONSENT TO TREATMENT INVOLVING A MINOR:

If this consent is for treatment of a minor under the Texas Family Code, the following information must be provided.

a)  Name of one or both parents, if known: _____

b)  Name of legally authorized representative of person, if appointed: _____

c)  Date on which treatment is to begin: _____  **CONSENT GIVEN BY PHONE DATE:** _____**TIME:** _____

## WITHDRAWAL OF CONSENT FOR MEDICATION:

I formally withdraw my consent for _____
                                                              (Name of Psychoactive Medication or Medication Group)

_____        _____        _____        _____
Patient Signature                        Date                 Witness                        Date



# TIMBERLAWN MENTAL HEALTH SYSTEM℠

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

The indi **CLOUD, MANDEE** being served at __Timberlawn Mental Health System℠__, on: 9/12/07
M# 000119639 12/04/1975 (Facility) (Date)
A# 01347260018 09/12/2007
MEDICARE C/Y
has rece DR. FONTAINE F ID *Chauronlia*
Name of Medication

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate Accomplishment by a check mark |
|---|---|
| 1)  The nature of his/her mental and physical condition. | ✓ |
| 2)  The expected beneficial effects on his/her condition as a result of treatment with the medication (s). | ✓ |
| 3)  The probable health and mental health consequences of not taking medication, including the occurrence, increase or reoccurrence of symptoms of mental illness. | ✓ |
| 4)  The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefit as the medication(s) and why the physician rejects the alternative treatment. | ✓ |
| 5)  A description of the proposed course of treatment with the medication(s). | ✓ |
| 6)  The fact that side effects of varying degrees of severity are a risk of all medications. | ✓ |
| 7)  The relevant side effects of the medication(s) being prescribed are explained, including: | ✓ |
| (A)  any side effects which are known to frequently occur in most individuals; | ✓ |
| (B)  any side effects to which the individual may be predisposed; and | ✓ |
| (C)  the nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | |
| 8)  The need to advise staff immediately if any of these side effects occur. | ✓ |
| 9)  An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | .. |
| 10) A review of Patient's Rights Under the Consent to treatment with Psychoactive Medication Rule (See MHRS 9-7) | ✓ |
| 11) An offer to answer any questions concerning this treatment. | |

I have received a complete explanation of the psychoactive medication(s) by means of:
(Circle those appropriate)
oral explanation  video presentation  printed material  other _____ (specify)

(Continued on Back)

MHRS 9-7

# CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I have received the written information on medications as requested and the printed material which summarizes specific information regarding the psychoactive medication(s) for which I have given my consent.

Based upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group (class) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate court may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that I must continue taking the psychoactive medication prescribed by my physician.

_Mandee Cloud_ _____     _____
Patient                                                Date

_____     _____     _____
Representative                    Relationship to Patient    Date

_____     9/12/07
Physician, P.A., R.Ph., RN or LVN Giving Explanation          Date

_____     _Position_ _____     9/12/07
Signature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN     Date
(required within two working days of P.A., R.Ph., RN or LVN giving explanation)

## CONSENT TO TREATMENT INVOLVING A MINOR:

If this consent is for treatment of a minor under the Texas Family Code, the following information must be provided.

a)  Name of one or both parents, if known: _____

b)  Name of legally authorized representative of person, if appointed: _____

c)  Date on which treatment is to begin: _____   CONSENT GIVEN BY PHONE DATE: _____   TIME: _____

## WITHDRAWAL OF CONSENT FOR MEDICATION:

I formally withdraw my consent for _____
                                   (Name of Psychoactive Medication or Medication Group)

_____     _____          _____     _____
Patient Signature           Date                   Witness                     Date

MHRS 9-7 (back)



# TIMBERLAWN MENTAL HEALTH SYSTEM℠

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

The indi
CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE                    F IDI

being served at   Timberlawn Mental Health System℠ , on: 9/12/07
                              (Facility)                              (Date)

has received a complete explanation or: _hexapro)_____
                                          Name of Medication

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate Accomplishment by a check mark |
|---|---|
| 1)  The nature of his/her mental and physical condition. | ✓ |
| 2)  The expected beneficial effects on his/her condition as a result of treatment with the medication (s). | ✓ |
| 3)  The probable health and mental health consequences of not taking medication, including the occurrence, increase or reoccurrence of symptoms of mental illness. | ✓ |
| 4)  The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefit as the medication(s) and why the physician rejects the alternative treatment. | ✓ |
| 5)  A description of the proposed course of treatment with the medication(s). | ✓ |
| 6)  The fact that side effects of varying degrees of severity are a risk of all medications. | ✓ |
| 7)  The relevant side effects of the medication(s) being prescribed are explained, including: | |
| (A)  any side effects which are known to frequently occur in most individuals; | |
| (B)  any side effects to which the individual may be predisposed; and | |
| (C)  the nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | ✓ |
| 8)  The need to advise staff immediately if any of these side effects occur. | ✓ |
| 9)  An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ✓ |
| 10) A review of Patient's Rights Under the Consent to treatment with Psychoactive Medication Rule (See MHRS 9-7) | ✓ |
| 11) An offer to answer any questions concerning this treatment. | ✓ |

I have received a complete explanation of the psychoactive medication(s) by means of:
(Circle those appropriate)
oral explanation        video presentation      printed material    other _____
                                                                        (specify)

(Continued on Back)

# CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I have received the written information on medications as requested and the printed material which summarizes specific information regarding the psychoactive medication(s) for which I have given my consent.

Based upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group (class) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate court may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that I must continue taking the psychoactive medication prescribed by my physician.

_Mandee Cloud_        _9/12/07_
Patient                                                          Date

Representative                 Relationship to Patient              Date

_9/12/07_
Physician, P.A., R.Ph., RN or LVN Giving Explanation         Position                Date

                                        _9/12/07_
Signature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN           Date
(required within two working days of P.A., R.Ph., RN or LVN giving explanation)

## CONSENT TO TREATMENT INVOLVING A MINOR:

If this consent is for treatment of a minor under the Texas Family Code, the following information must be provided.

a) Name of one or both parents, if known: _____

b) Name of legally authorized representative of person, if appointed:_____

c) Date on which treatment is to begin: _____ **CONSENT GIVEN BY PHONE DATE:** _____ **TIME:** _____

## WITHDRAWAL OF CONSENT FOR MEDICATION:

I formally withdraw my consent for _____
                                          (Name of Psychoactive Medication or Medication Group)

_____             _____
Patient Signature            Date                 Witness                 Date



# TIMBERLAWN MENTAL HEALTH SYSTEM℠

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007

The individual _____, being served at _Timberlawn Mental Health System℠_, on: 9/12/07
(Facility)                          (Date)

MEDICARE C/Y
DR. FONTAINE            F ID

has received a complete explanation of: _Benadryl_
Name of Medication

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate Accomplishment by a check mark |
|---|---|
| 1)  The nature of his/her mental and physical condition. | ✓ |
| 2)  The expected beneficial effects on his/her condition as a result of treatment with the medication (s). | ✓ |
| 3)  The probable health and mental health consequences of not taking medication, including the occurrence, increase or reoccurrence of symptoms of mental illness. | ✓ |
| 4)  The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefit as the medication(s) and why the physician rejects the alternative treatment. | ✓ |
| 5)  A description of the proposed course of treatment with the medication(s). | ✓ |
| 6)  The fact that side effects of varying degrees of severity are a risk of all medications. | ✓ |
| 7)  The relevant side effects of the medication(s) being prescribed are explained, including: | |
| (A)  any side effects which are known to frequently occur in most individuals; | ✓ |
| (B)  any side effects to which the individual may be predisposed; and | ✓ |
| (C)  the nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | ✓ |
| 8)  The need to advise staff immediately if any of these side effects occur. | ✓ |
| 9)  An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ✓ |
| 10) A review of Patient's Rights Under the Consent to treatment with Psychoactive Medication Rule (See MHRS 9-7) | ✓ |
| 11) An offer to answer any questions concerning this treatment. | ✓ |

I have received a complete explanation of the psychoactive medication(s) by means of:
(Circle those appropriate)
oral explanation      video presentation      printed material      other _____
(specify)

(Continued on Back)
MHRS 9-7

# CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I have received the written information on medications as requested and the printed material which summarizes specific information regarding the psychoactive medication(s) for which I have given my consent.

Based upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group (class) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate court may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that I must continue taking the psychoactive medication prescribed by my physician.

_x Mandee Cloud_ _____ 9/12/07
Patient                                                                                      Date

_____    _____    9/12/07
Representative                                  Relationship to Patient                          Date

_Halliworth_ _____    _____
Physician, P.A., R.Ph., RN or LVN Giving Explanation          Position                          Date

_Carlos 9/12/07_ _____    _____
Signature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN          Date
(required within two working days of P.A., R.Ph., RN or LVN giving explanation)

## CONSENT TO TREATMENT INVOLVING A MINOR:

If this consent is for treatment of a minor under the Texas Family Code, the following information must be provided.

a)  Name of one or both parents, if known: _____

b)  Name of legally authorized representative of person, if appointed: _____

c)  Date on which treatment is to begin: _____  CONSENT GIVEN BY PHONE DATE: _____ TIME: _____

## WITHDRAWAL OF CONSENT FOR MEDICATION:

I formally withdraw my consent for _____
                                                                    (Name of Psychoactive Medication or Medication Group)

_____    _____        _____    _____
Patient Signature                          Date                    Witness                          Date



# TIMBERLAWN MENTAL HEALTH SYSTEM℠

## CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007

The indi ... being served at <u>Timberlawn Mental Health System℠</u>, on: 9/12/07
(Facility)     (Date)

MEDICARE C/Y
DR. FONTAINE          F ID

has received a complete explanation of: _____ *Trazdone* _____
Name of Medication

| The explanation was given to the individual in simple, nontechnical language and included: | Indicate Accomplishment by a check mark |
|---|---|
| 1) The nature of his/her mental and physical condition. | ✓ |
| 2) The expected beneficial effects on his/her condition as a result of treatment with the medication (s). | ✓ |
| 3) The probable health and mental health consequences of not taking medication, including the occurrence, increase or reoccurrence of symptoms of mental illness. | ✓ |
| 4) The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefit as the medication(s) and why the physician rejects the alternative treatment. | ✓ |
| 5) A description of the proposed course of treatment with the medication(s). | ✓ |
| 6) The fact that side effects of varying degrees of severity are a risk of all medications. | ✓ |
| 7) The relevant side effects of the medication(s) being prescribed are explained, including: | |
| (A) any side effects which are known to frequently occur in most individuals; | ✓ |
| (B) any side effects to which the individual may be predisposed; and | ✓ |
| (C) the nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or over long periods of time. | ✓ |
| 8) The need to advise staff immediately if any of these side effects occur. | ✓ |
| 9) An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ✓ |
| 10) A review of Patient's Rights Under the Consent to treatment with Psychoactive Medication Rule (See MHRS 9-7) | ✓ |
| 11) An offer to answer any questions concerning this treatment. | ✓ |

I have received a complete explanation of the psychoactive medication(s) by means of:
(Circle those appropriate)
oral explanation     video presentation     printed material     other _____
(specify)

(Continued on Back)

# CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I have received the written information on medications as requested and the printed material which summarizes specific information regarding the psychoactive medication(s) for which I have given my consent.

Based upon this explanation, I hereby consent to treatment with a specific psychoactive medication or medication group (class) as indicated on the front of this form. I understand that I may withdraw this consent at any time, however a probate court may decide that I lack the capacity to make the decisions whether or not to take the medication(s) and decide that I must continue taking the psychoactive medication prescribed by my physician.

_____   9/12/07
Patient                                                                   Date

_____   _____   _____
Representative                              Relationship to Patient        Date

_____   _____   9/12/07
Physician, P.A., R.Ph., RN or LVN Giving Explanation     Position         Date

_____   9/12/07
Signature of Treating Physician to confirm explanation given by P.A., R.Ph., RN or LVN     Date
(required within two working days of P.A., R.Ph., RN or LVN giving explanation)

# CONSENT TO TREATMENT INVOLVING A MINOR:

If this consent is for treatment of a minor under the Texas Family Code, the following information must be provided.

a)  Name of one or both parents, if known: _____

b)  Name of legally authorized representative of person, if appointed: _____

c)  Date on which treatment is to begin: _____ CONSENT GIVEN BY PHONE DATE: _____ TIME: _____

# WITHDRAWAL OF CONSENT FOR MEDICATION:

I formally withdraw my consent for _____
                                                              (Name of Psychoactive Medication or Medication Group)

_____   _____        _____   _____
Patient Signature                              Date                      Witness                     Date

# TIMBERLAWN
## MENTAL HEALTH SYSTEM℠

## INTEGRATED ASSESSMENT
### SECTION III   PSYCHOSOCIAL EVALUATION
### PERSONAL HISTORY

Informant: *Mandee Cloud*

If not patient:

Birth Order: *younger*

Relationship:

# of Siblings *18 15*

Birthplace: *mosquito*          *12.4.75*

Developmental Age (Child and Adolescent only):

Age:

As Evidenced by (Child and Adolescent only):

Mother: *Nedra*          Occupation

Age: *57*          History of ETOH/Drug Abuse ☐          History of Mental Illness ☐

Is there Contact *daily-person*

Deceased (Date

Comments: (Specify if Relationship is Biological, Adoptive, Step, Etc) *good rel.*

Father: *Nicky*          Occupation *died mo ago*

Age:          History of ETOH/Drug Abuse ☐          History of Mental Illness ☐

Is there Contact

Deceased (Date *2007*          )

Comments: (Specify if Relationship is Biological, Adoptive, Step, Etc) *very close + grieving his*

## FAMILY CHARACTERISTICS

Lower Socioeconomic ☐          Alcoholic ☒          Abusive ☐
Middle Class ☐          Chaotic ☐          Controlling ☐
Upper Class ☐          Distant ☐          Other _____
Open Communication ☐          Family Involvement ☐

Comments: *brother + sister + dad: alcohol + drugs*

Other Family Psychiatric History:

Family Strengths/ Weaknesses

## CULTURAL ASSESSMENT

No Cultural Issues Identified ☒
Cultural Issues Identified (Specify)

## MARITAL /FAMILY RELATIONSHIPS (Adults)

Single _____          Significant Relationship ☐          Heterosexual ☐
Married - # of Xs *1*          Conflictal Relationship ☐          Homosexual ☐
Divorced - # of Xs          Stable Relationship ☐          Bisexual ☐
Other *widowed since 2000*

Comments: *married 5 yr.*

# TIMBERLAWN
## MENTAL HEALTH SYSTEM℠
### INTEGRATED ASSESSMENT

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE          F  ID

Number of Children     ( *3* )  Biological        ( ) Step        ( ) Adopted

Are you a caretaker for anyone in or out of your home?   Yes ☒   No ☐

Is anyone taking care of that individual?   Yes ☒   No ☐   If so who?  *Mother*

Comments:  *15 g   12 g   10 g   3 girls*

## SOCIAL DEVELOPMENT

Forms Friendships ☐          Supportive Friends ☐          Socially Isolated ☒

No Close Friends ☒

Maintains Friendships ☐          Needs ↑ Social Interaction ☒          Attends Social Functions ☐

Limited Support System ☐

Strengths:                                            Weaknesses:

*no support*

Comments:

## EDUCATIONAL HISTORY

Highest Grade Obtained:   Elementary _____     Middle School *12*     High School _____

GED ☐     Voc. Tech ☐     Some College ☐

Bachelors ☐     Masters ☐     PH.D. ☐

Good Student ☐          Learning Disabilities ☐          Extracurricular Activities ☐

Average Student ☐          Regular Classes ☐          Participation in Sports ☐

Poor Student ☐          Advanced Classes ☐

Special Ed ☐

School Behaviors  (Children/ Adolescents)

Truancy ☐                  Argumentative ☐          Fighting with Peers ☐

Poor Effort ☐      *NA*        Disruptive ☐          Attentive ☐

Repeated Grades ☐          Expulsions ☐          Suspensions ☐

Use of Drugs/ETOH ☐          Difficulty with Peers ☐

Other

Comments:

## EMPLOYMENT HISTORY (Adults)

Employed – Where:

Occupation:  *cashier   5-6 years*

Part time ☐          Full-time ☐          Sck Leave ☐          Unemployed ☐          Disabled ☒

Good Work Hx ☐          Poor Work Hx ☐          Homemaker ☐          Never Employed ☐          Will Return to Work ☐

Comments:  *not planning to work*

## MILITARY HISTORY (Adults)

No Military Hx ☒          Raised in Military Family ☐          Spouse in Military ☐

Served in Military:   Army ☐     Navy ☐     Air Force ☐     Marines ☐   Other:

Dates of Service:

Type of Discharge:   Honorable ☐     Dishonorable ☐     Medical ☐     Service Related Disability ☐     AWOL ☐

History of Treatment at VA Hospital     Yes ☐     No ☐

Comments:

## SPIRITUAL ASSESSMENT

Spiritual Preference (Specify):

Attends Regularly ☐          Does not Attend Regularly ☒

Actively Involved ☐          Source of Support ☐          Source of Concern ☐

Comments:

## FINANCIAL HISTORY  *mother handles*

Adequate Finances ☐     Inadequate Finances ☐     $ Stress ☐     Receives SSD ☐     Social Security ☐

VA Benefits ☐          Dependent on Others ☐          Receives SSI/SSD ☒

Comments:  *barely — ms helps   $589*

## PRELIMINARY DISCHARGE AND AFTERCARE PLANS

Where, with Whom will the Patient Live: *c̄ mother + 3 children + nephew (23)*

Aftercare Therapy
Therapist/ Clinic: *Adapt- Janie Slame*

Medication Management
Doctor / Clinic: *"*

Special Placement Issues: *helpful*

Do you have any guns in the home?        Yes ☒  No ☐     *no ammunition to them*
Are they secured or removed?        Yes ☐  No ☐
Who can be contacted to assist in removing or securing the gun(s)?

## HIGH RISK D/C CRITERIA

None Identified ☒

Functional Impairments:        ☐ Hearing / Visual / Speech        ☐ Communication Barriers

Cognitive Impairments:        ☐ Decreased Intellectual Functioning        ☐ Organicity        ☐ Head Injury

Medical:   ☐ Diabetes        ☐ Respiratory        ☐ Severe Pain        ☐ Other _____

Support:   ☐ No or Few Resources   ☐ CPS or APS Custody        ☐ Multiple Placements   ☐ Sexual Perpetration History
Abuse History:   ☐ Physical        ☐ Verbal / Emotional        ☐ Sexual        ☐ Substance        ☐ Other _____

Mobility Concerns:   ☐ Physical Therapy   ☐ Occupational Therapy   ☐ Assistive Devices   ☐ ADLs   ☐ Other_____

Other:   ☐ Trouble Taking Meds        ☐ Trouble Preparing Meds.        ☐ Trouble Paying for Meds
☐ Transportation Issues to Appts.

Social Services Interventions: *aftercare serv
group therapy*

Problems Identified: _____

| Social Services Staff | Date/Time |
|---|---|
| *BAH* | *9/13/7* |
| Social Worker Signature | Date/Time |

**TIMBERLAWN**
MENTAL HEALTH SYSTEM℠
INTEGRATED ASSESSMENT

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE                    F ID

# INTEGRATED ASSESSMENT
## SECTION IV  INTEGRATED SUMMARY

Patient is a _30_ year old _W_ (race), _female_ (gender), admitted for:

Axis I: _Major depressive d/s_
_PTSD          cocaine depend_

Axis II: _def_

Axis III: _none_

Axis IV: _1° support_ (severity) _sever_

Axis V: GAF admission: _25_          GAF past year: _65_

Presenting Problems:   (Prior Treatment   yes ☐   no ☒   unknown ☐ _____ x's)

_depression_
_cocaine dep_

Patient has responded to prior treatment by:

_NA_

Medical Problems include: (see nursing assessment for more detailed information)

_good_

Strengths:

_ADL's_

Weaknesses:

_↓ 1° support_

Issues to be addressed in treatment:

_depression, + C.D._

Issues to be deferred to longer treatment:

_none_

Prognosis is          Good          ⟨Fair⟩          Poor

_____          _9/13/7_
Social Services Worker                          Date and Time

Form # 3421 C Sec.    2/06

# ACTIVITY ASSESSMENT
## ADULT SERVICES

### FITNESS

1. Do you have any physical or other limitations that might interfere with participation in recreational activities?

   If yes, describe: *no*

2. Do you exercise on a regular basis?
   What type?
   Frequency? *no*

### SOCIAL/LEISURE

3. What type of leisure activities have you done recently? *Watch TV, drink*

4. Do you drive? *yes*

5. Do you have your own transportation? *yes  no*

6. What do you do when bored or lonely? *drink*

7. Do you spend time with your family? Why or why not? *yes obligation*

8. What are your current hobbies? *no*

9. Does your work schedule interfere with your leisure activities? *disability*

10. Do you belong to any social groups or community organizations? *no*

11. Do your finances allow you to have leisure interest comfortably? *no*

12. Have you used alcohol or drugs? *left ~ case daily   crack, meth, MJ*
    Does any of the following apply to your use?                    to be more sociable ✓      to change your mood ✓
    to block feelings ✓      to relax _____
    Comments _____

13. Do you need to improve in the following areas?
    Time management ✓        Stress Management ✓        Relaxation techniques ✓
    Concentration on tasks ✓     Information about community leisure resources ✓
    Other _____

### TREATMENT RECOMMENDATIONS

Activity treatment plan / objective: *↑ awareness of + outlets through the use of leisure activities*

New problems identified? *none*

Community referrals given: *yes*

Group involvement/ frequency: *1x/wk*

Assessed by: *R Briggs CTRS*      Date: *9-15-07*



**TIMBERLAWN**
MENTAL HEALTH SYSTEM™
ACTIVITY ASSESSMENT
ADULT SERVICES

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE          F IDL

# ACTIVITY THERAPY DAILY DOCUMENTATION

**Key to terms:**
**Column 1** - Session Date and Time
**Column 2** - Interventions Offered
AT – Activity Therapy
CS – Cognitive Skills
IS – Interpersonal Skills

LS - Life Satisfaction
SE - Self Expression
SM - Symptom Management

**Column 4** - Objective Progress
+  - Increase in objective skill ability
–  - Decrease in objective skill ability
0  - No Change
A  - Objective achieved

**Column 5** - Planned Interventions
A. Encourage increased participation
B. Encourage appropriate social skills
C. Encourage focus on treatment issues
D. Encourage self-expression/self awareness

**Column 3** - Objective
A.  Increase knowledge of benefits of daily physical activity
B.  Increase knowledge healthy leisure lifestyle
C.  Increase self-esteem and self-confidence
D.  Increase healthy expression of feelings
E.  Increase symptom management skills
G.  Increase stress management skills
H.  Increase anger management skills
I.  Increase relaxation skills
J.  Increase recreation/leisure skills
K.  Increase social and/or communication skills
L.  Increase problem solving skills
M.  Increase decision-making skills
N.  Increase frustration tolerance
O.  Increase concentration and attention span
P.  Increase impulse control
Q.  Increase reality-based input
R.  Increase self-care/hygiene
S.  Increase awareness for discharge planning
T.  Other (specify)

**Column 6** - Evaluation of Patient's Progress toward Goal

| Session Date /Time | Interventions Offered | Objective | Objective Progress | Planned Interventions | Problem # | Evaluation of Behavior |
|---|---|---|---|---|---|---|
| 9-14 900 | AT | | | | | refused  xbriggs CTRS  Signature: |
| 9-16 1530 | AT | J,K | O | A,B | 1 | Pt had moderate participation assisting activity partner & activity pt had a flat affect, although did smile at times.  K. Khandar, TRA   Signature: xbriggs CTRS |
| 9-17 300 | AT | A | O | C,A | 1 | Depressed no participation 9 min interaction c peers flat affect encouraged to do more   Signature: xbriggs CTRS |
| 9-18 300 | AT | A | O | A | 1 | Participated little depressed flat affect distant min interaction c peers   Signature: xbriggs CTRS |



TIMBERLAWN
MENTAL HEALTH SYSTEM℠
ACTIVITY THERAPY DAILY DOCUMENTATION

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE                    F IDL

# ACTIVITY THERAPY DAILY DOCUMENTATION

**Key to terms:**
**Column 1** - Session Date and Time
**Column 2** - Interventions Offered
AT  - Activity Therapy
CS  - Cognitive Skills
IS  - Interpersonal Skills

LS  - Life Satisfaction
SE  - Self Expression
SM  - Symptom Management

**Column 4** - Objective Progress
+  - Increase in objective skill ability
–  - Decrease in objective skill ability
0  - No Change
A  - Objective achieved

**Column 5** - Planned Interventions
A.  Encourage increased participation
B.  Encourage appropriate social skills
C.  Encourage focus on treatment issues
D.  Encourage self-expression/self awareness

**Column 6** - Evaluation of Patient's Progress toward Goal

**Column 3 - Objective**
A.  Increase knowledge of benefits of daily physical activity
B.  Increase knowledge healthy leisure lifestyle
C.  Increase self-esteem and self-confidence
D.  Increase healthy expression of feelings
E.  Increase symptom management skills
F.  Increase stress management skills
H.  Increase anger management skills
I.  Increase relaxation skills
J.  Increase recreation/leisure skills
K.  Increase social and/or communication skills
L.  Increase problem solving skills
M.  Increase decision-making skills
N.  Increase frustration tolerance
O.  Increase concentration and attention span
P.  Increase impulse control
Q.  Increase reality-based input
R.  Increase self-care/hygiene
S.  Increase awareness for discharge planning
T.  Other (specify) _____

| Session Date /Time | Inter-ventions Offered | Objective | Objective Progress | Planned Inter-ventions | Problem # | Evaluation of Behavior |
|---|---|---|---|---|---|---|
| 9-19 300 | AT | B | 0 | A | 1 | No input sat and stared flat affect depressed  Signature: *X Briggs CTRS* |
| 9-20 300 | AT | B | 0 | C,D | 1 | Participated mon by nodes now and then flat affect eyes half open depressed little feedback  Signature: *X Briggs CTRS* |
| 9-21 915 | AT | A | 0 | C,D | 1 | Participated however depressed mon feedback difficulty focusing on issues distant  Signature: *X Briggs CTRS* |
| 9-23 1545 | AT | A,K | 0 | B,C | 1 | Pt. had moderate participation, walking & peers, some verbal interactions, flat affect.  *A Chandan TROA*  Signature: *X Briggs CTRS* |



## TIMBERLAWN
MENTAL HEALTH SYSTEM
ACTIVITY THERAPY DAILY DOCUMENTATION

# ACTIVITY THERAPY DAILY DOCUMENTATION

**Key to terms:**
**Column 1 - Session Date and Time**
**Column 2 - Interventions Offered**

AT - Activity Therapy
CS - Cognitive Skills
IS - Interpersonal Skills

LS - Life Satisfaction
SE - Self Expression
SM - Symptom Management

**Column 4 - Objective Progress**
+ - Increase in objective skill ability
- - Decrease in objective skill ability
0 - No Change
A - Objective achieved

**Column 5 - Planned Interventions**
A. Encourage increased participation
B. Encourage appropriate social skills
C. Encourage focus on treatment issues
D. Encourage self-expression/self awareness

**Column 3 - Objective**
A. Increase knowledge of benefits of daily physical activity
B. Increase knowledge healthy leisure lifestyle
C. Increase self-esteem and self-confidence
D. Increase healthy expression of feelings
E. Increase symptom management skills
G. Increase stress management skills
H. Increase anger management skills
I. Increase relaxation skills
J. Increase recreation/leisure skills
K. Increase social and/or communication skills
L. Increase problem solving skills
M. Increase decision-making skills
N. Increase frustration tolerance
O. Increase concentration and attention span
P. Increase impulse control
Q. Increase reality-based input
R. Increase self-care/hygiene
S. Increase awareness for discharge planning
T. Other (specify)

**Column 6 - Evaluation of Patient's Progress toward Goal**

| Session Date /Time | Inter-ventions Offered | Objective | Objective Progress | Planned Inter-ventions | Problem # | Evaluation of Behavior |
|---|---|---|---|---|---|---|
| 9-24 700 | AT | B | O | A | 1 | Quiet and unmotivated sat quietly & flat affect no input depressed<br>Signature: X Briggs CTRS |
| | | | | | | Signature: _____ |
| | | | | | | Signature: _____ |
| | | | | | | Signature: _____ |



# TIMBERLAWN
## MENTAL HEALTH SYSTEM℠
### ACTIVITY THERAPY DAILY DOCUMENTATION

# ACTIVITY THERAPY DAILY DOCUMENTATION

**Key to terms:**
**Column 1** - Session Date and Time
**Column 2** - Interventions Offered
AT  - Activity Therapy          LS  - Life Satisfaction
CS  - Cognitive Skills          SE  - Self Expression
IS  - Interpersonal Skills      SM - Symptom Management

**Column 4** - Objective Progress
+  - Increase in objective skill ability
-  - Decrease in objective skill ability
0  - No Change
A  - Objective achieved

**Column 5 - Planned Interventions**
A.  Encourage increased participation
B.  Encourage appropriate social skills
C.  Encourage focus on treatment issues
D.  Encourage self-expression/self awareness

**Column 6 -** Evaluation of Patient's Progress toward Goal

**Column 3** - Objective
A.  Increase knowledge of benefits of daily physical activity
B.  Increase knowledge healthy leisure lifestyle
C.  Increase self-esteem and self-confidence
D.  Increase healthy expression of feelings
F.  Increase symptom management skills
G.  Increase stress management skills
H.  Increase anger management skills
I.  Increase relaxation skills
J.  Increase recreation/leisure skills
K.  Increase social and/or communication skills
L.  Increase problem solving skills
M.  Increase decision-making skills
N.  Increase frustration tolerance
O.  Increase concentration and attention span
P.  Increase impulse control
Q.  Increase reality-based input
R.  Increase self-care/hygiene
S.  Increase awareness for discharge planning
T.  Other (specify) _____

| Session Date /Time | Inter- ventions Offered | Objective | Objective Progress | Planned Inter- ventions | Problem # | Evaluation of Behavior |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Signature: _____ |
|  |  |  |  |  |  | Signature: _____ |
|  |  |  |  |  |  | Signature: _____ |
|  |  |  |  |  |  | Signature: _____ |



TIMBERLAWN
MENTAL HEALTH SYSTEM℠
ACTIVITY THERAPY DAILY DOCUMENTATION

| SUBSTANCE | AGE OF | HOW USED | INTENSITY | DURATION | LAST USE |
|---|---|---|---|---|---|
| (Alcohol) | 4-5 | 4 bottle beer (32 oz) | -10 years | | 9/10 |
| Amphetamines | den | | | | |
| Caffeine | | 12 pk pop/day | | | |
| (Cocaine) | | crack 3-4 days for 4 years | | | 9/11 |
| GHB | den | | | | |
| Hallucinogens | | | | | |
| Inhalants | ✓ | | | | |
| (Marijuana) | | 2X week for past month had problem in past | | | |
| (Methamphetamine) | 12 | ICE - weekly for 2 months | | | 9/7 |
| Nicotine | | 1 pk/day | | | |
| Opiates | denu | | | | |
| Prescriptions | | hydrocodon | | | 2 mo. |
| Other | Ox | alkohol + cocaine | | | |

2. Substance of choice: _____ none

3. What substances are currently in your home or possession?: _____ none

4. Have they been removed or secured? ☐ Yes ☒ No   Is there anyone we can contact to help you secure or remove them?

5. Are others currently using in your home?: _____ none

6. Previous treatment and responses to that treatment: _____ none



TIMBERLAWN
MENTAL HEALTH SYSTEM℠
SUBSTANCE ABUSE ASSESSMENT

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE                    F ID

7. Have you ever.

|  | | Y | N |  | | Y | N |
|---|---|---|---|---|---|---|---|
| A. | Used more substances than you intended? | Ⓨ | N | L. | Had legal problems due to using? | Y | Ⓝ |
| B. | Planned your day around substances? | Ⓨ | N | M. | Used alone? | Ⓨ | N |
| C. | Used continuously for several days? | Ⓨ | N | N. | Became physically or verbally abusive while using? | Ⓨ | N |
| D. | Had change in sexual activity? | Y | Ⓝ | O. | Used different pharmacies or physicians? | Y | Ⓝ |
| E. | Tried to stop using? | Ⓨ | N | P. | Had a change in tolerance? | Y | Ⓝ |
| F. | Had shakes, tremors, sweats, or convulsions? | Y | Ⓝ | Q. | Had a change in social life / friends? | Y | Ⓝ |
| G. | Had memory loss / blackouts? | Ⓨ | N | R. | Had a change in physical appearance? | Y | Ⓝ |
| H. | Neglected or had problems with family? | Ⓨ | N | S. | Experienced increases / decreases in how much you use? | Y | Ⓝ |
| I. | Had work or school problems? | Ⓨ | N | | | | |
| J. | Had financial problems? | Ⓨ | N | | | | |
| K. | Had emotional problems because of using? | Ⓨ | N | T. | Had advise from a physician to restrict use? | Y | Ⓝ |

8. Medical consequences of use: _don't know_

9. Educational consequences of use: _no_

10. Vocational consequences of use: _yes_

11. Financial consequences of use: _yes_

12. Legal consequences of use: _no_

13. Spiritual consequences of use: _yes_

14. Relationship consequences: _yes - ma, children_

15. Other consequences: _no_

16. Describe motivation for change: _causes him me to lie._

17. Describe obstacles to recovery, including substance use by family: _don't know_

18. Recommendations for treatment: _I.O.P. - (Check out Dept)_

Signature _B Hugh_      Date _9/13/7_

**TIMBERLAWN**
MENTAL HEALTH SYSTEM℠
SUBSTANCE ABUSE ASSESSMENT

Page 2 of 2
Form #3792
04/06

# DISCHARGE PLANNING LOG

| Date and Time | Service Code | Comments |
|---|---|---|
| 9-13-07 9 AM | SW | Met w/ pt. started a discussion on d/c plans, pt. states she is a client w/ Adapt, says her Doctor is Dr. Benett, Nurse Practioner is Janice Loan. SW to F/U. Johnnie Eppeum CMSW |
| 9-19-07 9 AM | SW | Meeting w/ pt. d/c discussion, pt. states she thinks she'll be ready to leave next week, pt will discuss w/ her doctor. Pt. states her f/u appt. is Nov. 1 @ 9³⁰ A m w/ Adapt Dr. Bennett, Pt. also wants to Attend TMHS IOP. Johnnie Eppeum CMSW |
| 9-21-07 1030am | SW | SW met w/ pt Res. Scheduling FT w/ 2 daughters. Pt will set apt. and notify sw. S. Martin, LPC |
| | | |
| | | |



TIMBERLAWN
MENTAL HEALTH SYSTEM
DISCHARGE PLANNING LOG

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE          F ID

# DISCHARGE PLANNING LOG

| Date and Time | Service Code | Comments |
|---|---|---|
| 9/21/07 | SW | Pt's mother cannot do FT until after SW hours. Will do a phone FT or come in early Thursday 9/27. Pt's GM will let us know which over weekend. J. Epperson LMSW |
| 9/21/07 3³⁰ pm | SW | Pt. states she has a prior appt. already scheduled for 11/1/07 @ 9³⁰ Am w/ A dapt. Pt. will re-schedule only if needed. J. Epperson LMSW |
| 9/24/07 8:45 AM | SW | FT w/ pt's mom on tel. @ families request. Please see note in chart in social services section. Johnnie Epperson LMSW |
|  |  |  |
|  |  |  |



TIMBERLAWN
MENTAL HEALTH SYSTEM℠
DISCHARGE PLANNING LOG

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE          F IDI

## NUTRITIONAL RISK ASSESSMENT

Pt NAME _Cloud, Mandee_    HEIGHT _5'4"_    WEIGHT _157.0_ lbs

| | | NOTES: |
|---|---|---|
| Does the patient report the following conditions : | | _Not eating_ |
| ANOREXIA / BULIMIA NERVOSA | (NO) YES = 10 | _x 4 days_ |
| RENAL DISEASE | (NO) YES = 10 | _& purging_ |
| CROHN'S DISEASE  and / or  COLITIS | (NO) YES = 10 | |
| GASTRIC BYPASS / BARIATRIC BANDING | (NO) YES = 10 | |
| MALABSORPTION  and / or  DECUBITUS | (NO) YES = 10 | |
| DIABETES | (NO) YES = 10 | |
| CANCER WITH WASTING SYNDROME | (NO) YES = 10 | |
| HIV / AIDS WITH WASTING SYNDROME | (NO) YES = 10 | |

Is patient currently taking the following medications : (circle all that apply)

MAO INHIBITORS / LITHIUM / ORAL ANTIBIOTICS List name of medication _None_    (NO) YES = 10

Do available labs DEVIATE from normal limits for : (circle all that apply)
(NO) YES = 10
GLUCOSE / HGB / HCT / CHOL / TRIG

Does the patient report the following conditions :

| | | |
|---|---|---|
| NAUSEA / VOMITING PERSISTING FOR THE PAST 3 DAYS | (NO) YES = 5 | |
| CARDIOVASCULAR DISEASE | (NO) YES = 5 | |
| LIVER DISEASE | (NO) YES = 5 | |
| GAIN / (LOSS) of 10% (or higher) body mass WITHOUT TRYING in last 6 mos. | NO (YES) = 5 | 5 |
| _2 lbs / 2 mos_ | | |
| PREGNANT OR LACTATING | (NO) YES = 5 | |
| TROUBLE CHEWING  and / or  SWALLOWING | (NO) YES = 5 - Order Mech Soft Diet | |

Does patient report FOOD ALLERGIES?                    (NO) YES = 0 - Order Appropriate Diet

List: _None_

Does the patient report FOOD RESTRICTIONS? (religious/cultural)    (NO) YES = 0 - Order Appropriate Diet

List: _None_

**Add Risk Points**

Order a Dietary Consult if : NRA TOTAL Risk Points = 10 (or more)    _5_   **Total Risk Points**

To order a DIETARY CONSULT : FAX the WHITE COPY of the NRA to x6402

FOR ALL ASSESSMENTS : Place White NRA copy in Pt chart : Blue NRA copy in Unit's RD box

Signature _Chalmons_    Date _9/12/07_ Time _1830_

## TIMBERLAWN
### MENTAL HEALTH SYSTEM℠

Patient identification

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y

# ALCOHOL WITHDRAWAL FLOWSHEET

Detox Q2°- ☑
Q4° ☐

— Draw a vertical line through non-applicable areas —

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | 9/12/07 | 24° 01/12/07 | | | | | | | |
| Time | 2100 | 2500 | | | | | | | |
| Temperature | 97.9 | 97.6 | | | | | | | |
| Pulse | 73 | 102 | | | | | | | |
| Respiration | 16 | 16 | | | | | | | |
| Blood Pressure | 109/84 | 86/66 | | | | | | | |

Refer to Alcohol Withdrawal Assessment Scale to obtain scores for sections below

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Agitation | 2 | | | | | | | | |
| Diaphoresis | | | | | | | | | |
| Fever | | | | | | | | | |
| Hallucinations | | | | | | | | | |
| Level of Consciousness | | | | | | | | | |
| Nausea & Vomiting | | | | | | | | | |
| Seizures | | | | | | | | | |
| Sleeplessness | | | | | | | | | |
| Staff Assessment of Level of Craving | | | | | | | | | |
| Tachycardia | | | | | | | | | |
| Tremor (arm extending and fingers spread) | 2 | | | | | | | | |
| Hypertension (only count numbers in the absence of HTN diagnosis or Hx) | | | | | | | | | |
| TOTAL SCORE | 4 | | | | | | | | |
| Medication Dose Given | Serax 30mg | | | | | | | | |
| Result & Time | | | | | | | | | |
| RN Name | | | | | | | | | |

| SIGNATURES | | | INT | SIGNATURES | INT |
|---|---|---|---|---|---|
| Watson, L | | | | | |
| | | | | | |
| | | | | | |



TIMBERLAWN
MENTAL HEALTH SYSTEM℠
ALCOHOL WITHDRAWAL FLOWSHEET

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE            F ID

## ALCOHOL WITHDRAWAL ASSESSMENT SCALE

| Symptom | Points | Scale Criteria |
|---|---|---|
| Agitation | 1<br>2 | fidgety; irritable<br>pacing; thrashing in bed |
| Diaphoresis | 1<br>2<br>3 | mild, barely visible<br>moderate<br>marked; clothes or bedding soaked |
| Fever | 1<br>2 | temperature 99-100.9 degrees F     or     38-38.9 degrees C<br>temperature > 101 degrees F     or     > 39 degrees C |
| Hallucinations | 12* | tactile, auditory or visual hallucination<br>*NOTIFY PHYSICIAN IMMEDIATELY |
| Level of Consciousness | 1<br>3<br>12* | detached; altered sensorium; easily distracted<br>disorientation at intervals of moderate duration<br>marked disorientation; delirium tremens<br>*NOTIFY PHYSICIAN IMMEDIATELY |
| Nausea / Vomiting | 1<br>2<br>3 | nausea only<br>vomits once or twice within 8 hours<br>frequent dry heaves or more than two vomiting episodes within 8 hours |
| Seizures | 1 | *NOTIFY PHYSICIAN IMMEDIATELY |
| Sleeplessness | 1<br>2 | awake two or three times during the night<br>less than four hours sleep at night with no daytime naps |
| Staff Assessment of Level of Craving | 2<br>4<br>6 | mild<br>moderate<br>severe |
| Tachycardia | 1<br>2<br>4 | pulse rate 100-109<br>pulse rate 110-129<br>pulse rate > 130 |
| Tremor (assess with arm extended and fingers spread) | 1<br>2<br>3 | minor tremor felt by examiner but not visible<br>moderate, visible tremor<br>marked, visible tremor |
| Hypertension (only count numbers in the absence of HTN diagnosis or Hx) | 4<br>6 | SBP 151-175 mm Hg     or     DBP 100-109 mm Hg<br>SBP > 175 mm Hg     or     DBP > 110 mm Hg |

# ALCOHOL WITHDRAWAL FLOWSHEET

— Draw a vertical line through non-applicable areas —

Detox Q2° ☑
Q4° ☐

| Date 9-13-07 | | | | | 09/13 | 09/13 | 09/13 | 09/13 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Time | 8:00 | 10:00 | 12:00 | 14:00 | 16:00 | 18:00 | 2:00 | 20:00 | | |
| Temperature | 98.6 | 98.7 | 98.5 | 98.1 | 98.5 | 98.1 | 99.1 | 98.2 | | |
| Pulse | 94 | 87 | 80 | 75 | 85 | 84 | 96 | 85 | | |
| Respiration | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | | |
| Blood Pressure | 128/91 | 109/73 | 115/78 | 112/77 | 102/57 | 112/84 | 109/99 | 112/79 | | |

**Refer to Alcohol Withdrawal Assessment Scale to obtain scores for sections below**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Agitation | 0 | 0 | 0 | 0 | | | | | | |
| Diaphoresis | 0 | 0 | 0 | 0 | | | | | | |
| Fever | 0 | 0 | 0 | 0 | | | | | | |
| Hallucinations | 0 | 0 | 0 | 0 | | | | | | |
| Level of Consciousness | 0 | 0 | 0 | 0 | | | | | | |
| Nausea & Vomiting | 0 | 0 | 0 | 0 | | | | | | |
| Seizures | 0 | 0 | 0 | 0 | | | | | | |
| Sleeplessness | 0 | 0 | 0 | 0 | | | | | | |
| Staff Assessment of Level of Craving | 0 | 0 | 0 | 0 | | | | | | |
| Tachycardia | 0 | 0 | 0 | 0 | | | | | | |
| Tremor (arm extending and fingers spread) | 0 | 0 | 0 | 0 | | | | | | |
| Hypertension (only count numbers in the absence of HTN diagnosis or Hx) | 0 | 0 | 0 | 0 | | | | | | |
| **TOTAL SCORE** | 0 | 0 | 0 | 0 | ∅ | ∅ | ∅ | ∅ | | |
| Medication Dose Given | 0 | 0 | 0 | 0 | | | | | | |
| Result & Time | 0 | 0 | 0 | 0 | | | | | | |
| RN Name | | | | | | | | | | |

| SIGNATURES | | INT | SIGNATURES | | INT |
|---|---|---|---|---|---|
| | | ☆ | Kaison, RN | | |
| | | | | | |
| | | | | | |



TIMBERLAWN
MENTAL HEALTH SYSTEM℠
ALCOHOL WITHDRAWAL FLOWSHEET

CLOUD, MANDEE
M# 000119639  12/04/1975
A# 01347260018  09/12/2007
MEDICARE C/Y
DR. FONTAINE          F ID

207-A

## ALCOHOL WITHDRAWAL ASSESSMENT SCALE

| Symptom | Points | Scale Criteria |
|---|---|---|
| Agitation | 1<br>2 | fidgety; irritable<br>pacing; thrashing in bed |
| Diaphoresis | 1<br>2<br>3 | mild, barely visible<br>moderate<br>marked; clothes or bedding soaked |
| Fever | 1<br>2 | temperature 99-100.9 degrees F     or     38-38.9 degrees C<br>temperature > 101 degrees F     or     > 39 degrees C |
| Hallucinations | 12* | tactile, auditory or visual hallucination<br>*NOTIFY PHYSICIAN IMMEDIATELY |
| Level of Consciousness | 1<br>3<br>12* | detached; altered sensorium; easily distracted<br>disorientation at intervals of moderate duration<br>marked disorientation; delirium tremens<br>*NOTIFY PHYSICIAN IMMEDIATELY |
| Nausea / Vomiting | 1<br>2<br>3 | nausea only<br>vomits once or twice within 8 hours<br>frequent dry heaves or more than two vomiting episodes within 8 hours |
| Seizures | 1 | *NOTIFY PHYSICIAN IMMEDIATELY |
| Sleeplessness | 1<br>2 | awake two or three times during the night<br>less than four hours sleep at night with no daytime naps |
| Staff Assessment of Level of Craving | 2<br>4<br>6 | mild<br>moderate<br>severe |
| Tachycardia | 1<br>2<br>4 | pulse rate 100-109<br>pulse rate 110-129<br>pulse rate > 130 |
| Tremor (assess with arm extended and fingers spread) | 1<br>2<br>3 | minor tremor felt by examiner but not visible<br>moderate, visible tremor<br>marked, visible tremor |
| Hypertension (only count numbers in the absence of HTN diagnosis or Hx) | 4<br>6 | SBP 151-175 mm Hg     or     DBP 100-109 mm Hg<br>SBP > 175 mm Hg     or     DBP > 110 mm Hg |

# ALCOHOL WITHDRAWAL FLOWSHEET

Detox Q2° ☑
Q4° ☐

— Draw a vertical line through non-applicable areas —

| Date | 9-14-07 | | | | 09/14 | 09/14 | 09/14 | 09/14 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | 8:00 | 10:00 | 12:00 | 1400 | 1600 | 1800 | 2200 | 2400 | | | |
| Temperature | 98.2 | 98.4 | 97.5 | 98.1 | 99.0 | 98.6 | 99.5 | 98.4 | | | |
| Pulse | 84 | 82 | 73 | 71 | 96 | 91 | 84 | 80 | | | |
| Respiration | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | | | |
| Blood Pressure | 120/82 | 118/84 | 134/89 | 108/68 | 122/87 | 128/82 | 125/83 | 124/85 | | | |

**Refer to Alcohol Withdrawal Assessment Scale to obtain scores for sections below**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Agitation | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Diaphoresis | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Fever | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Hallucinations | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Level of Consciousness | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Nausea & Vomiting | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Seizures | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Sleeplessness | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Staff Assessment of Level of Craving | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Tachycardia | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Tremor (arm extending and fingers spread) | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Hypertension (only count numbers in the absence of HTN diagnosis or Hx) | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| TOTAL SCORE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| Medication Dose Given | NA | NA | NA | NA | / | / | / | / | | | |
| Result & Time | NA | NA | NA | NA | | | | | | | |
| RN Name | S | S | S | S | | | | | | | |

| SIGNATURES | INT | SIGNATURES | INT |
|---|---|---|---|
| | S | | |



TIMBERLAWN
MENTAL HEALTH SYSTEM
ALCOHOL WITHDRAWAL FLOWSHEET

CLOUD, MANDEE
M# 000119639  12/04/1975
A# 01347260018  09/12/2007
MEDICARE C/Y
DR. FONTAINE          F ID

## ALCOHOL WITHDRAWAL ASSESSMENT SCALE

| Symptom | Points | Scale Criteria |
|---|---|---|
| Agitation | 1<br>2 | fidgety; irritable<br>pacing; thrashing in bed |
| Diaphoresis | 1<br>2<br>3 | mild, barely visible<br>moderate<br>marked; clothes or bedding soaked |
| Fever | 1<br>2 | temperature 99-100.9 degrees F     or     38-38.9 degrees C<br>temperature > 101 degrees F     or     > 39 degrees C |
| Hallucinations | 12* | tactile, auditory or visual hallucination<br>*NOTIFY PHYSICIAN IMMEDIATELY |
| Level of Consciousness | 1<br>3<br>12* | detached; altered sensorium; easily distracted<br>disorientation at intervals of moderate duration<br>marked disorientation; delirium tremens<br>*NOTIFY PHYSICIAN IMMEDIATELY |
| Nausea / Vomiting | 1<br>2<br>3 | nausea only<br>vomits once or twice within 8 hours<br>frequent dry heaves or more than two vomiting episodes<br>within 8 hours |
| Seizures | 1 | *NOTIFY PHYSICIAN IMMEDIATELY |
| Sleeplessness | 1<br>2 | awake two or three times during the night<br>less than four hours sleep at night with no daytime naps |
| Staff Assessment of<br>Level of Craving | 2<br>4<br>6 | mild<br>moderate<br>severe |
| Tachycardia | 1<br>2<br>4 | pulse rate 100-109<br>pulse rate 110-129<br>pulse rate > 130 |
| Tremor (assess with arm<br>extended and fingers spread) | 1<br>2<br>3 | minor tremor felt by examiner but not visible<br>moderate, visible tremor<br>marked, visible tremor |
| Hypertension (only count numbers in<br>the absence of HTN diagnosis or Hx) | 4<br>6 | SBP 151-175 mm Hg     or     DBP 100-109 mm Hg<br>SBP > 175 mm Hg     or     DBP > 110 mm Hg |

# ALCOHOL WITHDRAWAL FLOWSHEET

— Draw a vertical line through non-applicable areas —

Detox Q2° ☒
Q4° ☐

| Date 9·15·07 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Time | 0900 | 1100 | 1300 | 1500 | 1700 | 1900 | 2100 | | |
| Temperature | 99.6 | 98.4 | 98.0 | 98.4 | 97.6 | 98.3 | 98.6 | | |
| Pulse | 84 | 75 | 74 | 80 | 76 | 86 | 85 | | |
| Respiration | 16 | 16 | 16 | 16 | 16 | 16 | 16 | | |
| Blood Pressure | 126/80 | 119/84 | 128/81 | 124/88 | 129/80 | 135/86 | 139/88 | | |

**Refer to Alcohol Withdrawal Assessment Scale to obtain scores for sections below**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Agitation | | | | | | 0 | | | |
| Diaphoresis | | | | | | | | | |
| Fever | | | | | | | | | |
| Hallucinations | | | | | | | | | |
| Level of Consciousness | | | | | | | | | |
| Nausea & Vomiting | | | | | | | | | |
| Seizures | | | | | | | | | |
| Sleeplessness | | | | | | | | | |
| Staff Assessment of Level of Craving | | | | | | | | | |
| Tachycardia | | | | | | | | | |
| Tremor (arm extending and fingers spread) | | | | | | | | | |
| Hypertension (only count numbers in the absence of HTN diagnosis or Hx) | | | | | | | | | |
| **TOTAL SCORE** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Medication Dose Given | | 0 | 0 | 0 | X | | | | |
| Result & Time | | | | | | | | | |
| RN Name | TR | JR | JR | JR | JR | JR | JR | | |

| SIGNATURES | INT | SIGNATURES | INT |
|---|---|---|---|
| | | TR = Rhodes RD   JR | |
| | | | |
| | | | |

TIMBERLAWN
MENTAL HEALTH SYSTEM℠
ALCOHOL WITHDRAWAL FLOWSHEET

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE
E IDI

## ALCOHOL WITHDRAWAL ASSESSMENT SCALE

| Symptom | Points | Scale Criteria |
|---|---|---|
| Agitation | 1<br>2 | fidgety; irritable<br>pacing; thrashing in bed |
| Diaphoresis | 1<br>2<br>3 | mild, barely visible<br>moderate<br>marked; clothes or bedding soaked |
| Fever | 1<br>2 | temperature 99-100.9 degrees F    or    38-38.9 degrees C<br>temperature > 101 degrees F    or    > 39 degrees C |
| Hallucinations | 12* | tactile, auditory or visual hallucination<br>*NOTIFY PHYSICIAN IMMEDIATELY |
| Level of Consciousness | 1<br>3<br>12* | detached; altered sensorium; easily distracted<br>disorientation at intervals of moderate duration<br>marked disorientation; delirium tremens<br>*NOTIFY PHYSICIAN IMMEDIATELY |
| Nausea / Vomiting | 1<br>2<br>3 | nausea only<br>vomits once or twice within 8 hours<br>frequent dry heaves or more than two vomiting episodes<br>within 8 hours |
| Seizures | 1 | *NOTIFY PHYSICIAN IMMEDIATELY |
| Sleeplessness | 1<br>2 | awake two or three times during the night<br>less than four hours sleep at night with no daytime naps |
| Staff Assessment of<br>Level of Craving | 2<br>4<br>6 | mild<br>moderate<br>severe |
| Tachycardia | 1<br>2<br>4 | pulse rate 100-109<br>pulse rate 110-129<br>pulse rate > 130 |
| Tremor (assess with arm<br>extended and fingers spread) | 1<br>2<br>3 | minor tremor felt by examiner but not visible<br>moderate, visible tremor<br>marked, visible tremor |
| Hypertension (only count numbers in<br>the absence of HTN diagnosis or Hx) | 4<br>6 | SBP 151-175 mm Hg    or    DBP 100-109 mm Hg<br>SBP > 175 mm Hg    or    DBP > 110 mm Hg |

Form # 3041 2/05

# ALCOHOL WITHDRAWAL FLOWSHEET

— Draw a vertical line through non-applicable areas —

Detox Q2° ☑
Q4° ☐

| Date 9·16·09 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Time | 0900 | 1100 | 1300 | 1500 | 1700 | 1900 | 2100 | | | |
| Temperature | 98.2 | 98.8 | 98.4 | 98.9 | 91.6 | 99.2 | 98.2 | | | |
| Pulse | 94 | 79 | 78 | 90 | 87 | 93 | 93 | | | |
| Respiration | 16 | 16 | 16 | 16 | 16 | 16 | 16 | | | |
| Blood Pressure | 124/84 | 135/82 | 129/82 | 135/84 | 130/85 | 149/84 | 131/81 | | | |
| **Refer to Alcohol Withdrawal Assessment Scale to obtain scores for sections below** | | | | | | | | | | |
| Agitation | | | | | | 0 | 0 | | | |
| Diaphoresis | | | | | | | | | | |
| Fever | | | | | | | | | | |
| Hallucinations | | | | | | | | | | |
| Level of Consciousness | | | | | | | | | | |
| Nausea & Vomiting | | | | | | | | | | |
| Seizures | | | | | | | | | | |
| Sleeplessness | | | | | | | | | | |
| Staff Assessment of Level of Craving | | | | | | | | | | |
| Tachycardia | | | | | | | | | | |
| Tremor (arm extending and fingers spread) | | | | | | | | | | |
| Hypertension (only count numbers in the absence of HTN diagnosis or Hx) | | | | | | | | | | |
| **TOTAL SCORE** | 0 | 0 | 0 | 0 | 0 | 1 | 0 | | | |
| Medication Dose Given | | | | | | — | — | | | |
| Result & Time | | | | | | DW | DW | | | |
| RN Name | DW | DW | DW | DW | DW | DW | DW | | | |

| SIGNATURES | | INT | SIGNATURES | | INT |
|---|---|---|---|---|---|
| | | DW | | | |


**TIMBERLAWN**
MENTAL HEALTH SYSTEM℠
ALCOHOL WITHDRAWAL FLOWSHEET

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE            F IPI

## ALCOHOL WITHDRAWAL ASSESSMENT SCALE

| Symptom | Points | Scale Criteria |
|---|---|---|
| Agitation | 1<br>2 | fidgety; irritable<br>pacing; thrashing in bed |
| Diaphoresis | 1<br>2<br>3 | mild, barely visible<br>moderate<br>marked; clothes or bedding soaked |
| Fever | 1<br>2 | temperature 99-100.9 degrees F    or    38-38.9 degrees C<br>temperature > 101 degrees F    or    > 39 degrees C |
| Hallucinations | 12* | tactile, auditory or visual hallucination<br>*NOTIFY PHYSICIAN IMMEDIATELY |
| Level of Consciousness | 1<br>3<br>12* | detached; altered sensorium; easily distracted<br>disorientation at intervals of moderate duration<br>marked disorientation; delirium tremens<br>*NOTIFY PHYSICIAN IMMEDIATELY |
| Nausea / Vomiting | 1<br>2<br>3 | nausea only<br>vomits once or twice within 8 hours<br>frequent dry heaves or more than two vomiting episodes<br>within 8 hours |
| Seizures | 1 | *NOTIFY PHYSICIAN IMMEDIATELY |
| Sleeplessness | 1<br>2 | awake two or three times during the night<br>less than four hours sleep at night with no daytime naps |
| Staff Assessment of<br>Level of Craving | 2<br>4<br>6 | mild<br>moderate<br>severe |
| Tachycardia | 1<br>2<br>4 | pulse rate 100-109<br>pulse rate 110-129<br>pulse rate > 130 |
| Tremor (assess with arm extended and fingers spread) | 1<br>2<br>3 | minor tremor felt by examiner but not visible<br>moderate, visible tremor<br>marked, visible tremor |
| Hypertension (only count numbers in the absence of HTN diagnosis or Hx) | 4<br>6 | SBP 151-175 mm Hg        or        DBP 100-109 mm Hg<br>SBP > 175 mm Hg        or        DBP > 110 mm Hg |

# ALCOHOL WITHDRAWAL FLOWSHEET

— Draw a vertical line through non-applicable areas —

Detox Q2° ☐
Q4° ☐

| Date | 9-17-07 | | 09/17/07 | 09/17 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Time | 8:00 | (2:00) | 1600 | 2000 | 2400 | | | | |
| Temperature | 97.5 | 98.3 | 98.5 | 99.1 | | | | | |
| Pulse | 89 | 85 | 106 | 96 | | | | | |
| Respiration | 18 | 18 | 18 | 18 | | | | | |
| Blood Pressure | 128/89 | 131/83 | 114/78 | 135/90 | | | | | |
| **Refer to Alcohol Withdrawal Assessment Scale to obtain scores for sections below** | | | | | | | | | |
| Agitation | | | | | | | | | |
| Diaphoresis | | | | | | | | | |
| Fever | | | | | | | | | |
| Hallucinations | | | | | | | | | |
| Level of Consciousness | | | | | | | | | |
| Nausea & Vomiting | | | | | | | | | |
| Seizures | | | | | | | | | |
| Sleeplessness | | | | | | | | | |
| Staff Assessment of Level of Craving | | | | | | | | | |
| Tachycardia | | | | | | | | | |
| Tremor (arm extending and fingers spread) | | | | | | | | | |
| Hypertension (only count numbers in the absence of HTN diagnosis or Hx) | | | | | | | | | |
| **TOTAL SCORE** | Ø | Ø | | | | | | | |
| Medication Dose Given | | | | | | | | | |
| Result & Time | | | | | | | | | |
| RN Name | CM | CM | LW | LW | | | | | |

| SIGNATURES | INT | SIGNATURES | INT |
|---|---|---|---|
| Madley | CM | L Watson R | LW |
| | | | |



**TIMBERLAWN**
MENTAL HEALTH SYSTEM℠
ALCOHOL WITHDRAWAL FLOWSHEET

CLOUD, MANDEE
M# 000119639  12/04/1975
A# 01347260018  09/12/2007
MEDICARE C/Y
DR. FONTAINE          F  ID

## ALCOHOL WITHDRAWAL ASSESSMENT SCALE

| Symptom | Points | Scale Criteria |
|---|---|---|
| Agitation | 1<br>2 | fidgety; irritable<br>pacing; thrashing in bed |
| Diaphoresis | 1<br>2<br>3 | mild, barely visible<br>moderate<br>marked; clothes or bedding soaked |
| Fever | 1<br>2 | temperature 99-100.9 degrees F    or    38-38.9 degrees C<br>temperature > 101 degrees F        or    > 39 degrees C |
| Hallucinations | 12* | tactile, auditory or visual hallucination<br>*NOTIFY PHYSICIAN IMMEDIATELY |
| Level of Consciousness | 1<br>3<br>12* | detached; altered sensorium; easily distracted<br>disorientation at intervals of moderate duration<br>marked disorientation; delirium tremens<br>*NOTIFY PHYSICIAN IMMEDIATELY |
| Nausea / Vomiting | 1<br>2<br>3 | nausea only<br>vomits once or twice within 8 hours<br>frequent dry heaves or more than two vomiting episodes<br>within 8 hours |
| Seizures | 1 | *NOTIFY PHYSICIAN IMMEDIATELY |
| Sleeplessness | 1<br>2 | awake two or three times during the night<br>less than four hours sleep at night with no daytime naps |
| Staff Assessment of<br>Level of Craving | 2<br>4<br>6 | mild<br>moderate<br>severe |
| Tachycardia | 1<br>2<br>4 | pulse rate 100-109<br>pulse rate 110-129<br>pulse rate > 130 |
| Tremor (assess with arm<br>extended and fingers spread) | 1<br>2<br>3 | minor tremor felt by examiner but not visible<br>moderate, visible tremor<br>marked, visible tremor |
| Hypertension (only count numbers in<br>the absence of HTN diagnosis or Hx) | 4<br>6 | SBP 151-175 mm Hg        or        DBP 100-109 mm Hg<br>SBP > 175 mm Hg           or        DBP > 110 mm Hg |

# ALCOHOL WITHDRAWAL FLOWSHEET

Detox Q2° ☐
Q4° ☒

— Draw a vertical line through non-applicable areas —

| Date | 9-18-07 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Time** | 8:00 | | | | | | | | | | |
| Temperature | 98.4 | | | | | | | | | | |
| Pulse | 112 | | | | | | | | | | |
| Respiration | 20 | | | | | | | | | | |
| Blood Pressure | 126/84 | | | | | | | | | | |

**Refer to Alcohol Withdrawal Assessment Scale to obtain scores for sections below**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Agitation | | | | | | | | | | | |
| Diaphoresis | | | | | | | | | | | |
| Fever | | | | | | | | | | | |
| Hallucinations | | | | | | | | | | | |
| Level of Consciousness | | | | | | | | | | | |
| Nausea & Vomiting | | | | | | | | | | | |
| Seizures | | | | | | | | | | | |
| Sleeplessness | | | | | | | | | | | |
| Staff Assessment of Level of Craving | | | | | | | | | | | |
| Tachycardia | 2 | | | | | | | | | | |
| Tremor (arm extending and fingers spread) | | | | | | | | | | | |
| Hypertension (only count numbers in the absence of HTN diagnosis or Hx) | 2 | | | | | | | | | | |
| **TOTAL SCORE** | 2 | | | | | | | | | | |
| Medication Dose Given | | | | | | | | | | | |
| Result & Time | | | | | | | | | | | |
| RN Name | CM | | | | | | | | | | INT |

| SIGNATURES | | INT. SIGNATURES | INT |
|---|---|---|---|
| McCollum | | CM | |

**TIMBERLAWN**
MENTAL HEALTH SYSTEM™
ALCOHOL WITHDRAWAL FLOWSHEET

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE          F ID 207
A

## ALCOHOL WITHDRAWAL ASSESSMENT SCALE

| Symptom | Points | Scale Criteria |
|---|---|---|
| Agitation | 1<br>2 | fidgety; irritable<br>pacing; thrashing in bed |
| Diaphoresis | 1<br>2<br>3 | mild, barely visible<br>moderate<br>marked; clothes or bedding soaked |
| Fever | 1<br>2 | temperature 99-100.9 degrees F     or     38-38.9 degrees C<br>temperature > 101 degrees F          or     > 39 degrees C |
| Hallucinations | 12* | tactile, auditory or visual hallucination<br>*NOTIFY PHYSICIAN IMMEDIATELY |
| Level of Consciousness | 1<br>3<br>12* | detached; altered sensorium; easily distracted<br>disorientation at intervals of moderate duration<br>marked disorientation; delirium tremens<br>*NOTIFY PHYSICIAN IMMEDIATELY |
| Nausea / Vomiting | 1<br>2<br>3 | nausea only<br>vomits once or twice within 8 hours<br>frequent dry heaves or more than two vomiting episodes<br>within 8 hours |
| Seizures | 1 | *NOTIFY PHYSICIAN IMMEDIATELY |
| Sleeplessness | 1<br>2 | awake two or three times during the night<br>less than four hours sleep at night with no daytime naps |
| Staff Assessment of Level of Craving | 2<br>4<br>6 | mild<br>moderate<br>severe |
| Tachycardia | 1<br>2<br>4 | pulse rate 100-109<br>pulse rate 110-129<br>pulse rate > 130 |
| Tremor (assess with arm extended and fingers spread) | 1<br>2<br>3 | minor tremor felt by examiner but not visible<br>moderate, visible tremor<br>marked, visible tremor |
| Hypertension (only count numbers in the absence of HTN diagnosis or Hx) | 4<br>6 | SBP 151-175 mm Hg     or     DBP 100-109 mm Hg<br>SBP > 175 mm Hg          or     DBP > 110 mm Hg |

Form # 3041 2/05

1206

# TIMBERLAWN
### MENTAL HEALTH SYSTEM℠

## INTEGRATED ASSESSMENT
### SECTION II   NURSING ASSESSMENT

| VITAL SIGNS: | T 98.3 | P 81 | R 18 | B/P 118/77 |
| --- | --- | --- | --- | --- |

Height 5.4   Weight 157

## MEDICAL HISTORY

ALLERGIES: ☒ NKA
Medications: none          Foods: none

## NURSING PHYSICAL ASSESSMENT
*(check ALL that apply and note abnormalities in "comments")*

**VISION:**
☒ No Problems   ☐ Glasses   ☐ Contact Lens   ☐ Blurred
☐ Farsighted   ☐ Nearsighted   ☐ Astigmatism   ☐ Cataracts

Comments:

**NEUROLOGICAL:**
☒ No Problems   ☐ Numbness   ☐ Loss of Consciousness
☐ Migraine Headache   ☐ Tingling   ☐ Fainting
☐ Vertigo   ☐ Motor Weakness   ☐ Seizures

Comments:

**SEXUAL ASSESSMENT:**
Last Menses 6/07/07   ☐ Post-Menopausal   ☐ Menorrhagia   ☐ Hx of STD
  ☐ Amenorrhea   ☐ Genital Discharge
Last Pap Smear: 6/7/07   ☐ Birth Control   ☐ Decreased Libido
☐ Not Sexually Active   ☐ Pregnant:   ☐ Impotence
☒ Sexually Active   # of Months _____   ☐ Prostate Problems

Comments: Hysterectomy 6/07/07

**EAR/NOSE/THROAT:**
☒ No Problems   ☐ Tinnitus   ☐ Cold Symptoms
☐ Dental Problems   ☐ Hearing Loss (R/L)   ☐ Sore Throats
☐ Rhinorrhea   ☐ Dizziness   ☐ Hoarseness

Comments:

**CARDIOVASCULAR:**
☒ No Problems   ☐ Fatigue   ☐ Edema   ☐ Chest Pain
☐ Diaphoresis   ☐ Pacemaker   ☐ Hx of Cardiac Disease   ☐ Hx H.T.N.

Comments:

# TIMBERLAWN
### MENTAL HEALTH SYSTEM℠
### INTEGRATED ASSESSMENT

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE          F IDI

## NURSING PHYSICAL ASSESSMENT – Continued
### (check ALL that apply and note abnormalities in "comments")

**RESPIRATORY:**
- ☑ No Problems
- ☐ Cough (sputum)
- ☐ Tracheostomy
- ☐ S.O.B.
- ☐ Cough (blood)
- ☐ Asthma
- ☐ T.B.

Comments:

**GENITOURINARY:**
- ☑ No Problems
- ☐ Frequency
- ☐ Hematuria
- ☐ Indwelling Cath.
- ☐ Urinary Incontinence
- ☐ Bladder/Urination Problems
- ☐ Hx Bladder Infections
- ☐ Pain on Urination

Comments:

**GASTROINTESTINAL:**
- ☑ No Problems
- ☐ Constipation
- ☐ Heartburn
- ☐ Gastritis
- ☐ Anemia
- ☐ Aches/Soreness
- ☐ Nausea/Vomiting
- ☐ Ulcers
- ☐ Liver Disease
- ☐ Bowel Incontinence
- ☐ Bloody/Tarry Stools
- ☐ Diarrhea
- ☐ G.I. Bleeding
- ☐ Hepatitis
- ☐ Hemorrhoids

Comments:

**MUSCULOSKETAL:**
- ☑ No Problems
- ☐ Back Problems
- ☐ Prosthesis
- ☐ Amputations
- ☐ Muscle Weakness
- ☐ Bone & Joint Problems
- ☐ Decreased ROM
- ☐ Paralysis
- ☐ Arthritis
- ☐ Fractures
- ☐ Cramping

Comments:

**ENDOCRINE:**
- ☑ No Problems
- ☐ Diabetes
- ☐ Thyroid Problems

Comments:

## SKIN ASSESSMENT



**Using the scale on the right, place the appropriate letter on the body.**

**INDICATE:**

Color:
- ☐ Pale
- ☐ Jaundiced
- ☐ Flushed
- ☑ Normal

Turgor:
- ☐ Poor
- ☑ Adequate

- B = Bruises
- R = Rashes
- W = Wounds
- S = Scars
- D = Decubitus
- U = Ulcers
- T = Tattoos
- P = Body Piercing
- L = Laceration
- A = Abrasion

**Add to Master Problem List:**

Indicate any marks identified on diagram. Include scars, bruises, abrasions, lacerations, decubitus, etc.

Add pertinent patient explanation or comments:

_Tubal ligation Scar – 1991_

Staff completing skin assessment: (one must be an RN/LVN)

1. _MW Gilliar_    2. _Nelson_    Date _9/12/07_