# NURSING PHYSICAL ASSESSMENT -- Continued
*(check ALL that apply and note abnormalities in "comments")*

| PAIN ASSESSMENT | *(If answer to either question below is "yes," please complete Pain Assessment, refer to medical physician and include in treatment plan).* |
|---|---|

Do you have pain now?   ☐ Yes   ☒ No

Have you had pain in the past two months?   ☐ Yes   ☒ No

**Comments:**

| IMMUNIZATIONS CURRENT FOR: *(adolescents & children only)* | ☐ D/T/P ☐ Oral Polio | ☐ M/M/R ☐ Hepatitis |
|---|---|---|

## ENVIRONMENTAL FACTORS *(check if apply)*

| MEDICAL EQUIPMENT: | ☒ None ☐ Walker | ☐ Cane ☐ Crutches | ☐ Nebulizer ☐ $O_2$ |
|---|---|---|---|
| SENSORY HANDICAPS: | ☒ None ☐ Hearing Aid | ☐ Glasses ☐ Contacts | ☐ Dentures |

| PATIENT OWNED EQUIPMENT BROUGHT TO HOSPITAL: | ☒ N/A |
|---|---|
| IDENTIFY EQUIPMENT NEEDED: | ☒ N/A |

## SELF CARE CONSIDERATIONS *(check if apply)*

Needs help with ADLs?   ☐ Yes   ☒ No

☐ Toileting   ☐ Bathing   ☐ Feeding   ☐ Dressing   ☐ Walking

**Explain:**

## EDUCATIONAL NEEDS *(check if apply)*

How does the patient learn best?   ☐ Audio/Visual   ☐ Written Documentation   ☒ Demonstration

☐ Other: _____

Are there any barriers to learning?   ☒ Yes   ☐ No

If, yes, **Describe:** *Slow learner*

# FUNCTIONAL ASSESSMENT/REHABILITATION SCREENING CRITERIA

☒ Patient has no rehabilitation needs at this time.

**Patient's description of functional ability prior to admission:**

☐ Bedbound   ☐ Wheelchair   ☐ Moves only from bed to chair

☐ Ambulates only within house   ☐ Frequent falls or fall within last month

☐ Requires mobility aid:   ☐ Crutch   ☐ Walker   ☐ Cane

☐ Uses brace, splint, or prosthesis

**TIMBERLAWN**
MENTAL HEALTH SYSTEM℠
INTEGRATED ASSESSMENT

```
CLOUD, MANDEE
M# 000119639  12/04/1975
A# 01347260018  09/12/2007
MEDICARE C/Y
DR. FONTAINE            F ID
```

## NURSING PHYSICAL ASSESSMENT – Continued
*(check ALL that apply and note abnormalities in "comments")*

| Patient has: | | Acute | Chronic |
|---|---|---|---|
| | Amputation | ☐ Acute | ☐ Chronic |
| | Stroke | ☐ Acute | ☐ Chronic |
| | Hip Knee Replacement | ☐ Acute | ☐ Chronic |
| | Orthopedic Procedure | ☐ Acute | ☐ Chronic |
| | Brain Injury | ☐ Acute | ☐ Chronic |
| | Polyarthritis | ☐ Acute | ☐ Chronic |
| | Spinal Cord Injury | ☐ Acute | ☐ Chronic |
| | Neuro Disorder (ie., MS) | ☐ Acute | ☐ Chronic |
| | Fracture | ☐ Acute | ☐ Chronic |

*None*

**Refer if patient has any of the above diagnoses or functional deficits:**
☐ Physical therapy for functional, mobility, ambulation
☐ OT for ADL, specific upper extremity deficit

**Refer to speech therapy if any below are checked:**
☐ Communication problems as a result of above diagnosis     ☐ Cognitive problems as a result of above diagnosis
☐ Chewing, swallowing, choking difficulty with speech

## FALL RISK ASSESSMENT *(If score 15 or >, it must be addressed on problem lists & placed on fall precautions)*

| PARAMETERS: | RISK POINTS | SCORE |
|---|---|---|
| A. Recent Hx of Syncope/Seizure Disorder | 15 | |
| B. Recent Hx of Falls | 15 | |
| C. Unstable Gait Balance | 15 | |
| D. Use of Orthopedic Devices *(Walker, Cane, Crutches)* | 10 | |
| E. Sedation/Psychotropic Meds. | 10 | 10 |
| F. Intoxicated – Drug or Alcohol Withdrawal | 10 | 10 |
| G. Postural Hypotension | 10 | |
| H. Poor Eyesight/Hearing *(Impairment/Sensory Deficit)* | 5 | |
| I. Age 65 or older | 5 | |
| | **FINAL RISK ASSESSMENT** | |

Nicotine Usage ☑ Yes ☐ No     **Describe:**
☐ I do not smoke tobacco.
    If this box is checked go to next section.
☑ I smoke tobacco and I am not interested in the smoking cessation information.
    If this box is checked go to next section.
☐ I smoke tobacco and would like help with smoking cessation while at Timberlawn.
☐ Patient request made known to Physician.

Caffeine Usage ☑ Yes ☐ No     **Describe:** *Cokes*

Communicable Diseases: ☑ None ☐ Current ☐ Past ☐ Treated
**Describe:**

Last dental check-up: *2yrs ago* Dentist: _____

Are you being treated by a physician? ☐ Yes ☑ No   If yes, who?

Reason:

Are there religious/cultural practices that may alter care or education? ☐ Yes ☑ No
**Describe:**

## NURSING PHYSICAL ASSESSMENT – Continued
*(check ALL that apply and note abnormalities in "comments")*

# SECLUSION AND RESTRAINT ASSESSMENT TOOL

1. Has the patient ever experienced seclusion and/or restraint before? ☐ Yes ☒ No   When? _____

2. According to the patient, what things help the patient to regain control if he/she ever becomes extremely agitated or violent or loses control? _Need to be alone, Take Klonopin_

3. According to the family, what things help the patient to regain control if he/she ever becomes extremely agitated or violent or loses control? _N/A_

4. Does the patient have any medical conditions or physical disabilities that would place the patient at greater risk during seclusion and/or restraints? ☒ Yes ☐ No
   - ☐ Hypertension   ☐ History of MI or Cardiac Disease   ☐ History of CVA   ☐ Paralysis: _____
   - ☐ Presently Pregnant   ☒ Presently Detoxifying from Drugs or Alcohol   ☐ Arthritis   ☐ Osteomyelitis
   - ☐ Any type of Existing Bone Fracture   ☐ Physical Disability: _____
   - ☐ Other Bone or Joint Disease: _____   ☐ Other: _____

5. Does the patient have a history of physical or sexual abuse that would place the patient at greater psychological risk during S & R? ☒ Yes ☐ No ☒ Sexual Abuse History ☒ Physical Abuse History   explain: _7yrs old Step father least by men / raped_

# ASSESSMENT FOR SEXUAL ACTING OUT POTENTIAL

Check all that apply:
- ☒ Currently sexually active? With whom: _boyfriend_
- ☐ Incurred consequences as a result of sexual behavior.* Describe: _No_
- ☐ Sexual perpetration or victimizing behaviors.*
  (Child/Adolescent) Sexually abused siblings? _No_ Others? _____
- ☐ Sexual promiscuity or hypersexual behaviors.*
- ☐ Exposing behaviors.*
  _____ Public masturbation _____ Self-exposure
- ☐ Sexual aggression towards others*

*No*

* If indicator is checked, patient will be placed on SAO for the duration of hospitalization, and a treatment plan for sexual acting out behavior is initiated.



TIMBERLAWN
MENTAL HEALTH SYSTEM℠
INTEGRATED ASSESSMENT

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE
                    F ID

## NURSING PHYSICAL ASSESSMENT – Continued
*(check ALL that apply and note abnormalities in "comments")*

### DISCHARGE PLANNING

YES  NO
- ☐ ☒ Do you anticipate changes in your living situation after discharge?
- ☐ ☐ Do you have family, friends or others to help you at home?
  Who is the person you rely on for assistance with your care at home?
  Name and phone number: _Medina Cauldwell (mom) 972-704-5802_
- ☐ ☐ Do you have someone to take you to the doctor or clinic after discharge?

### PATIENT/FAMILY EDUCATIONAL NEEDS

- ☒ Stress Management
- ☒ Assertiveness
- ☒ Understanding Treatment
- ☒ Drugs/Nutrition
- ☒ Medication
- ☒ Potential Food/Drug Interactions
- ☐ How to Obtain Further Treatment Options
- ☐ Other:

- ☒ Leisure Skills
- ☐ Physical Problems
- ☒ Potential Drug/Drug Interaction
- ☐ Managing Separation/Loss   _father died 2mos_
- ☒ Understanding Diagnosis   _drug issues_
- ☐ Self Care/Relaxation
- ☒ Drugs/Alcohol

### DISCHARGE GOALS: _Pt. will verbalize a decrease in depression c̄ no further thoughts of self harm; will be clean & sober by discharge_

RN Signature: _____    Date/Time: _9/12/07_

Date: 9-13-07                      Time: 1:05 a

Current Issues/Medication Changes/Response to Treatment:

Pt seen [illegible] Chart review
detox, off of alcohol, meth, crack
+ marijuana   Previous dx of Bipolar II

Mental Status Examination:

A+O x4
mood "depressed"
yesterday I had suicidal thoughts

Risk Assessment:        Suicide:  ☐ Thoughts ☐ Plans    ☐ Intent   ☑ Denies
A/V hal                 Homicide: ☐ Thoughts ☐ Plans    ☐ Intent   ☑ Denies
                        Describe Plan: _____

Justification for Continued Stay (required to complete):

Safety
stabilization

Change in Principal Diagnosis?   Yes   (No) Circle one.  If yes, describe justification:

Discharge Planning:

Estimated Length of Stay: 5-14 days

Physician Signature: _____



TIMBERLAWN
MENTAL HEALTH SYSTEM sm

PHYSICIAN PROGRESS NOTE

Patient identification

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y        F ID
DR. FONTAINE

Date: 9-14-02     Time: 12:45 p

**Current Issues/Medication Changes/Response to Treatment:**

Pt came to clinic from ___ slept okay, then been on multiple meds as need stabilizers ... doesn't want Seroquel, trileptal, tegretol, Geodon or Lithium. says got "psychotic on abilify" discussed possibility of continue neurontin ... she liked that idea Pt has been on ritalin in the past. She says it calms her down

las 16 yo
since 40
13 40
10 40 ov/
9 in/

**Mental Status Examination:**

A + O x y     dysthymic mood "irritated" menakne constricted affect

**Risk Assessment:**   Suicide: ☐ Thoughts ☐ Plans   ☐ Intent ☑ Denies
Homicide: ☐ Thoughts ☐ Plans   ☐ Intent ☑ Denies
Describe Plan:

hopeless + helpless

over really don't like living like this

**Justification for Continued Stay** (required to complete):

Sad ___ shim

**Change in Principal Diagnosis?**   Yes  (No)  Circle one.  If yes, describe justification:

**Discharge Planning:**

**Estimated Length of Stay:**   4-13 days

**Physician Signature:** _____



## TIMBERLAWN
### MENTAL HEALTH SYSTEM℠
## PHYSICIAN PROGRESS NOTE

Patient identification

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE
                              F ID

Date: _9/15/07_                    Time: _N—_

Current Issues/Medication Changes/Response to Treatment:

_[handwritten]_

Mental Status Examination:

Risk Assessment:   Suicide:  ☐ Thoughts ☐ Plans      ☐ Intent    ☑ Denies
                   Homicide: ☐ Thoughts ☐ Plans      ☐ Intent    ☑ Denies
                   Describe Plan: _____

Justification for Continued Stay (required to complete):

_[handwritten]_

Change in Principal Diagnosis?     Yes  (No)  Circle one.  If yes, describe justification:

Discharge Planning:

_[handwritten]_

Estimated Length of Stay: _[handwritten]_

Physician Signature: _____

TIMBERLAWN
MENTAL HEALTH SYSTEM℠

PHYSICIAN PROGRESS NOTE

Patient identification

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE                    F IDL

Date: 9 — 16 — 07          Time: 11:00 A

**Current Issues/Medication Changes/Response to Treatment:**

Pt seen 1:1 chart review
Didn't sleep well          alot of craving
various thoughts
kept waking up
feels very disorganized
hyper
adds Naltrexone for Alcohol cravings
Adderall XL 10 mg for ADHD
↓ Lexapro — may be worsening need swings
increase neurontin for anxiety / mood swings

**Mental Status Examination:**

A & O x4
mood "irritable"
↑ motor agitation  Left leg bouncing up & down

**Risk Assessment:**   Suicide: ☐ Thoughts ☐ Plans    ☐ Intent   ☒ Denies
Homicide: ☐ Thoughts ☐ Plans    ☐ Intent   ☒ Denies
Describe Plan:

**Justification for Continued Stay** (required to complete):

safety
sih
detox / cravings

**Change in Principal Diagnosis?**   Yes   (No)  Circle one.   If yes, describe justification:

**Discharge Planning:**   to outpt

**Estimated Length of Stay:**   7 days or so

**Physician Signature:**



**TIMBERLAWN**
MENTAL HEALTH SYSTEM℠

**PHYSICIAN PROGRESS NOTE**

Patient identification

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE                F IDI

Date: 9/17/07                    Time: 12:00pm

**Current Issues/Medication Changes/Response to Treatment:**

Pt seen 1:1 about remeron

No alcohol craving right now... Yesterday
(was has alcohol craving bad...
before the Naltrexone)
Noticed the adderall helped her feel
calmer - she thinks higher dose might
work better...
D sleep is better   8 hours straight through
still has racing thoughts

**Mental Status Examination:**

A+O x4...
mood "depression is still there... about the
same... about the same as when admitted"

**Risk Assessment:**   Suicide: ☑ Thoughts ☐ Plans   ☐ Intent   ☐ Denies
                       Homicide: ☐ Thoughts ☐ Plans   ☐ Intent   ☑ Denies
                       Describe Plan: _____

I don't want to die... I don't want to be
like this... I don't
**Justification for Continued Stay** (required to complete):
safety                        want to live like
shlthr                        this... hopeless
                              helpless...

**Change in Principal Diagnosis?**   Yes   No   Circle one.  If yes, describe justification:
add ADD
add Bipolar

**Discharge Planning:**   to outpt

**Estimated Length of Stay:**   6 days

**Physician Signature:** _____



TIMBERLAWN
MENTAL HEALTH SYSTEM℠

**PHYSICIAN PROGRESS NOTE**

Patient identification

CLOUD, MANDEE
M# 000119639  12/04/1975
A# 01347260018  09/12/2007
MEDICARE C/Y
DR. FONTAINE                F ID

Date: 9-18-07                    Time: 1220p

**Current Issues/Medication Changes/Response to Treatment:**

Pt seen l'il clut rm

still has unreactive mood

overall still depressed but feels

much calmer.

Adderall also makes her

feel calmer

antidepressants hasn't helped much

in past. will try desipramine after dc

stays anafo 30 minute                     Lexapro.

has some racing thoughts at night still

*(right margin: Still has crying spells & alone)*

**Mental Status Examination:**

A&O x 4

Mood " depressed "

tends to be monotone, a little slow, & body
                                                    & motor retarded

*(right margin: Not having her leg today)*

**Risk Assessment:**   Suicide: ☐ Thoughts ☐ Plans      ☐ Intent   ☒ Denies
                       Homicide: ☐ Thoughts ☐ Plans     ☐ Intent   ☒ Denies
                       Describe Plan: _____

**Justification for Continued Stay** (required to complete):

Safe

stimul

**Change in Principal Diagnosis?**   Yes   (No)   Circle one.  If yes, describe justification:

**Discharge Planning:** to outp

**Estimated Length of Stay:** 15 dys   if she needs it
                                        to stabilize

**Physician Signature:** _____

**TIMBERLAWN**
MENTAL HEALTH SYSTEM℠

**PHYSICIAN PROGRESS NOTE**

Patient identification

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE                F ID

Date: 9-19-07                              Time: 3:00

Current Issues/Medication Changes/Response to Treatment:

I am strong urges to drink

More racing thought

felt terrible

it took longer than 30 minutes to

fall asleep - todes cravings

an ball story

Mental Status Examination:

A & O x 4

mood okay

Risk Assessment:

| | Thoughts | Plans | Intent | Denies |
|---|---|---|---|---|
| Suicide: | ☐ | ☐ | ☐ | ☐ |
| Homicide: | ☐ | ☐ | ☐ | ☐ |

Describe Plan: _____

Justification for Continued Stay (required to complete):

Change in Principal Diagnosis?    Yes  (No) Circle one.  If yes, describe justification:

Discharge Planning:

Estimated Length of Stay: _____

Physician Signature: _____

# TIMBERLAWN
## MENTAL HEALTH SYSTEM sm

Patient identification

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE          F IDL

PHYSICIAN PROGRESS NOTE

Date: 9-20-07                      Time: 1:25

Current Issues/Medication Changes/Response to Treatment:

Pt seen 1:1. chart reviewed

meds are good    SO my Seroquel too strong
slept good        will ↓ dose of prn
                  + ↑ HS . to stabilize mood

Children visited - age 15/12/10
15 + 12 yo want her to get more treatmt
"Stay here as long as she can... then go somewhere
else"   "Conc. is pretty good"

Mental Status Examination:

A + Ox4
Mood "Its okay"  still up + down
not as constricted.

Risk Assessment:   Suicide: ☐ Thoughts ☐ Plans    ☐ Intent  ☑ Denies
                   Homicide: ☐ Thoughts ☐ Plans   ☐ Intent  ☑ Denies
                   Describe Plan: _____

Justification for Continued Stay (required to complete):
Safety
Stability

Change in Principal Diagnosis?   Yes  (No)  Circle one.  If yes, describe justification:
_____
_____

Discharge Planning:  to  CD IOP or possibly residential
_____
_____

Estimated Length of Stay: _____

Physician Signature: _____



**TIMBERLAWN**
MENTAL HEALTH SYSTEM℠

PHYSICIAN PROGRESS NOTE

Patient identification

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE              F IDI

Date: 9/21/07                     Time: 1250 pm

**Current Issues/Medication Changes/Response to Treatment:**

Pt seem l:l – chat remy

No sedation from neurontin

willing to increase it from 900 tid to same c

added 600 mg dose at 5 pm "that's when

all my meds seem to wear off"

Says Seroquel sedates her too much

Didn't sleep well last night     – will ↑ Seroquel

from 150 → 200. Suggest we consider continue

to increase it. told pt ...

Feels attention & concentration is much better

*No Cravings today*

**Mental Status Examination:**

A&O x y     ↑ motor agitation – bouncing legs ...

mood ... "He feels good"  Depress'n

much improved but still very anxious – c/o clenching

her jaw – feels ¬ tense ...

**Risk Assessment:**   Suicide: ☐ Thoughts ☐ Plans   ☐ Intent   ☒ Denies
                       Homicide: ☐ Thoughts ☐ Plans   ☐ Intent   ☒ Denies

Describe Plan: _____

**Justification for Continued Stay** (required to complete):

Safety

stabilization

family therapy

**Change in Principal Diagnosis?**   Yes   (No)  Circle one.   If yes, describe justification:

_____

**Discharge Planning:** → CD-10p for possible

res _____

**Estimated Length of Stay:**  11 days

**Physician Signature:** _____

## TIMBERLAWN
### MENTAL HEALTH SYSTEM℠

## PHYSICIAN PROGRESS NOTE

Patient identification

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE          F ID

Date: 9/22/07          Time: _____

**Current Issues/Medication Changes/Response to Treatment:**

Pt. reports Ø red s/e.
Ø adverse events per staff or records.
Pt. c/o severe anxiety for Ø apparent
reason. Admitted to drug cravings.
Plan: Ø alteration in regimen.

**Mental Status Examination:**
A+0 x 3, cooperative, Ø AVH, anxious

**Risk Assessment:**   Suicide: ☐ Thoughts ☐ Plans   ☐ Intent   ☒ Denies
                       Homicide: ☐ Thoughts ☐ Plans   ☐ Intent   ☒ Denies
                       Describe Plan: _____

**Justification for Continued Stay** (required to complete):
Safety/
Stabilization

**Change in Principal Diagnosis?**   Yes   (No)  Circle one.   If yes, describe justification:

**Discharge Planning:**   Outpt

**Estimated Length of Stay:** _____

**Physician Signature:** _____



# TIMBERLAWN
## MENTAL HEALTH SYSTEM℠

### PHYSICIAN PROGRESS NOTE

Patient Identification
CLOUD, MANDEE
M# 000119639  12/04/1975
A# 01347260018  09/12/2007
MEDICARE C/Y
DR. FONTAINE          F ID

Date: 9/23/07

Time: _____

Current Issues/Medication Changes/Response to Treatment:

Pt. reports Ø med S/E's
Ø adverse events per staff or records.

Anxiety improved.

Plan: Ø alteration to regimen

Mental Status Examination:
A+O×3, cooperative, ØAVH, less anxious

Risk Assessment:
Suicide: ☐ Thoughts ☐ Plans   ☐ Intent   ☒ Denies
Homicide: ☐ Thoughts ☐ Plans   ☐ Intent   ☒ Denies
Describe Plan: _____

Justification for Continued Stay (required to complete):
Safety
Stabilization

Change in Principal Diagnosis?   Yes   (No)   Circle one.   If yes, describe justification:

Discharge Planning: OuTPT

Estimated Length of Stay: _____

Physician Signature: _____



TIMBERLAWN
MENTAL HEALTH SYSTEM℠

PHYSICIAN PROGRESS NOTE

Pt
(CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE          F ID

Date: 9/24/07                    Time: 12:05

**Current Issues/Medication Changes/Response to Treatment:**

Pt *was* lil. *anxt rem*
*sans* (Senoguri) *was cauuter to*
"*See lights... halucinate...*"
*only happed once, has remint*
*it since... has been tab Lithm*

I was *snappy over the WE*
*sev cravings for alcohol*

**Mental Status Examination:**
A&O x4.            *a little constrict*, dysthymic
mood          "*up + down...*"
*nl rate tov norm*

**Risk Assessment:**  Suicide:  ☐ Thoughts ☐ Plans    ☐ Intent    ☑ Denies
Homicide: ☐ Thoughts ☐ Plans    ☐ Intent    ☑ Denies
Describe Plan: _____

**Justification for Continued Stay** (required to complete):
*safty*
*sutntd*

**Change in Principal Diagnosis?**    Yes  (No)  Circle one.  If yes, describe justification:
_____

**Discharge Planning:**   *to outpt    IOP*

**Estimated Length of Stay:** 4 - 5 dys

**Physician Signature:** _____



# TIMBERLAWN
## MENTAL HEALTH SYSTEM℠

## PHYSICIAN PROGRESS NOTE

Patient identification

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE                    F IDL

Date: 9/25/07                    Time: 4:05 p

Current Issues/Medication Changes/Response to Treatment:

Pt seen liti, chut rem
Pt says faml is okay & Dischrg
as long as she attends CD-10P
& comes back at 1st sign of relapse

Upset b/c of serelty inappropriate
the roommate said
denies craving
faml has been visiting ems weekend
concentratn good, slept well last night

Mental Status Examination: 4 motor WNL
A & O x 3
mood "i" very normal
n/l rate lou vol     goal direction

Risk Assessment:    Suicide:  ☐ Thoughts ☐ Plans    ☐ Intent   ☒ Denies
                    Homicide: ☐ Thoughts ☐ Plans    ☐ Intent   ☐ Denies
                    Describe Plan: _____

Justification for Continued Stay (required to complete):

Safd
Shelet

Change in Principal Diagnosis?    Yes  (No)  Circle one.  If yes, describe justification:

Discharge Planning: I have my own ψ that have
an appt with on Mondy — Dr Bennett

Estimated Length of Stay: d/c today to CD-10P

Physician Signature: _____



TIMBERLAWN
MENTAL HEALTH SYSTEM℠

PHYSICIAN PROGRESS NOTE

Patient identification

CLOUD, MANDEE
M# 000119639  12/04/1975
A# 01347260018  09/12/2007
MEDICARE C/Y
DR. FONTAINE              F IDL

# TIMBERLAWN MENTAL HEALTH SYSTEM ℠
## MULTIDISCIPLINARY PROGRESS NOTES

| Date & Time | Discipline | Problem Number | |
|---|---|---|---|
| 9/12/07 1705 | NSG | | 31 y/o WWF admitted voluntary to Dual Diagnosis; Alert well oriented c̄ Hx of Substance abuse; recent Hysterectomy depressed & tearful on arrival; oriented to unit; NKDA ——— *Ashmore* R |
| 2100 | NSG | | Dr Kell notified of pt's request for Klonopin; mod tremors; States has been drinking alcohol & using Crack; very Anxious & restless; placed on detox Protocol —*Mullins* |
| 9/13/07 2330 | NSG | AII | Anxious, restless, irritable — Serax given per detox Protocol and effective staff cont to monitor safety per Protocol *Watson* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## MULTIDISCIPLINARY PROGRESS NOTES

| | | | |
|---|---|---|---|
| AT - | Activity Therapy | EXT - | Extern |
| M.D. - | Physician | PSY - | Psychologist |
| SW - | Social Work | SAC - | Sub. Abuse Counselor |
| NSG - | Nursing | OTH - | Other, please identify discipline |

ADDRESSOGRAPH

CLOUD, MANDEE
M# 000119639  12/04/1975
A# 01347260018  09/12/2007
MEDICARE C/Y
DR. FONTAINE                F ID

# TIMBERLAWN MENTAL HEALTH SYSTEM℠
## MULTIDISCIPLINARY PROGRESS NOTES

| Date & Time | Discipline | Problem Number | |
|---|---|---|---|
| 7/13/07 1045 | NSG | 1/2 | flat affect, depressed mood, appropriate boundaries, interacts well c̄ select peers, med compliant, staff will continue to monitor q 15 min for safety _Raimunleune_ |
| 7/13/07 2230 | Nsg | All | 4 flat affect, depressed, no self harm or aggressive behaviors observed. Irritable and easily agitated at times. Interacts c̄ select peers. Monitored for safety per detox and unit protocol. _KdeBond_ |

**MULTIDISCIPLINARY PROGRESS NOTES**

| | | | |
|---|---|---|---|
| AT | - | Activity Therapy | |
| M.D. | - | Physician | |
| SW | - | Social Work | |
| NSG | - | Nursing | |

| | | |
|---|---|---|
| EXT | - | Extern |
| PSY | - | Psychologist |
| SAC | - | Sub. Abuse Counselor |
| OTH | - | Other, please identify discipline |

ADDRESSOGRAPH

CLOUD, MANDEE
M# 000119639  12/04/1975
A# 01347260018  09/12/2007
MEDICARE C/Y
DR. FONTAINE          F  ID

## TIMBERLAWN MENTAL HEALTH SYSTEM sm
## MULTIDISCIPLINARY PROGRESS NOTES

| Date & Time | Discipline | Problem Number | |
|---|---|---|---|
| 9.11.07 | NSG | 1-3 | monitored for fol Sfc @ 15 minutes & detox or as ordered. Vital signs were. Denies any craving at this time. Social ē peers /staff. Cooperative. ūstaff med/med compliant _____ |
| 1/14/07 2250 | NSG | 1-3 | Blunted affect, hyper at times, irritable ē dae. Interacts select peers. Monitored for safety per detox and unit protocols. No C/o withdrawal symptoms voiced. _Latson L_ |

## MULTIDISCIPLINARY PROGRESS NOTES

| | | | |
|---|---|---|---|
| AT | - | Activity Therapy | |
| M.D. | - | Physician | |
| SW | - | Social Work | |
| NSG | - | Nursing | |

| | | |
|---|---|---|
| EXT | - | Extern |
| PSY | - | Psychologist |
| SAC | - | Sub. Abuse Counselor |
| OTH | - | Other, please identify discipline |

ADDRESSOGRAPH

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE          F ID

### TIMBERLAWN MENTAL HEALTH SYSTEM℠
### MULTIDISCIPLINARY PROGRESS NOTES

| Date & Time | Discipline | Problem Number | |
|---|---|---|---|
| 9/15/07 1200 | NSG | | after flat mood depressed with somatic complaints & lloram pain requires prn medication. No self harming behavior or aggressive behavior. Remains on Q20 Detox protocol. Will continue to monitor. _____ (Rhodes R) |
| 7-15-07 2000 | NSG | | meds as ordered. flat effect. Ø self harm. Cont. to monitor pt. closely per detox protocol of Q2 hour VS. and monitor closely for safety _____ |



**MULTIDISCIPLINARY PROGRESS NOTES**

AT - Activity Therapy  
M.D. - Physician  
SW - Social Work  
NSG - Nursing  

EXT - Extern  
PSY - Psychologist  
SAC - Sub. Abuse Counselor  
OTH - Other, please identify discipline

ADDRESSOGRAPH

CLOUD, MANDEE  
M# 000119639 12/04/1975  
A# 01347260018 09/12/2007  
MEDICARE C/Y            F ID  
DR. FONTAINE

**TIMBERLAWN MENTAL HEALTH SYSTEM** SM
**MULTIDISCIPLINARY PROGRESS NOTES**

| Date & Time | Discipline | Problem Number | |
|---|---|---|---|
| 7/16/07 1100 | NSG | all | alert, flat mood depressed, no s/s of withdrawal. Pt to remain on Q 20 detox precautions. Has complete complexity of "Ativan pain" requesting prn medications. Compliant with medications and unit structure. Will continue to monitor. ___ Rhoda RN |
| 7/16/07 2030 | NSG | | Flat affect. VS-WNL ☐ Self harm. Social ē peers, cooperative ē staff, cont. to mon, for pt. for safety. ___ JZWLVW |

**MULTIDISCIPLINARY PROGRESS NOTES**

AT - Activity Therapy
M.D. - Physician
SW - Social Work
NSG - Nursing

EXT - Extern
PSY - Psychologist
SAC - Sub. Abuse Counselor
OTH - Other, please identify discipline

ADDRESSOGRAPH

CLOUD, MANDEE
M# 000119639  12/04/1975
A# 01347260018  09/12/2007
MEDICARE C/Y          F IDI
DR. FONTAINE

TIMBERLAWN MENTAL HEALTH SYSTEM<sub>SM</sub>
**MULTIDISCIPLINARY PROGRESS NOTES**

| Date & Time | Discipline | Problem Number | |
|---|---|---|---|
| 9-17 10:00 | NSG | A1 | Safety per protocol. Medications as ordered and daily groups. Pt C/O "cravings" this am. Routine Naltrexone 25₂ given as ordered. Pt interacts c̄ select peers. Ø self-harming or aggressive behavior. ——— C Hadley RN |
| 9/17/07 19:47 | Nsg | A11 | Flat affect, quiet, cooperative c̄ care, compliant c̄ meds. Voices no somatic c/o. Monitored for safety per detox and unit protocol. ___ ison RN |

**MULTIDISCIPLINARY PROGRESS NOTES**

AT - Activity Therapy
M.D. - Physician
SW - Social Work
NSG - Nursing

EXT - Extern
PSY - Psychologist
SAC - Sub. Abuse Counselor
OTH - Other, please identify discipline

ADDRESSOGRAPH

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE          F ID

## TIMBERLAWN MENTAL HEALTH SYSTEM sm
## MULTIDISCIPLINARY PROGRESS NOTES

| Date & Time | Discipline | Problem Number | |
|---|---|---|---|
| 9-18 1080 | NSG | A1 | Safety per protocol, medication as ordered and daily groups. Pt C/O craving this am. Routine medication given. Monitor for effectiveness. No self-harming or aggressive behavior noted. Monitor for changes. _(illegible)_ |
| 9/18/07 18:35 | NSG | A11 | Appropriate affect. Interacts c select peers. Safety monitored per unit protocols. No somatic c/o voiced _(illegible signature)_ |

## MULTIDISCIPLINARY PROGRESS NOTES

| | | | |
|---|---|---|---|
| AT | - | Activity Therapy | |
| M.D. | - | Physician | |
| SW | - | Social Work | |
| NSG | - | Nursing | |
| EXT | - | Extern | |
| PSY | - | Psychologist | |
| SAC | - | Sub. Abuse Counselor | |
| OTH | - | Other, please identify discipline | |

ADDRESSOGRAPH

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE          F ID

| Date & Time | Discipline | Problem Number | TIMBERLAWN MENTAL HEALTH SYSTEM ℠ MULTIDISCIPLINARY PROGRESS NOTES |
|---|---|---|---|
| 7/19 1030 | NSG | All | Safety per protocol. Medications as ordered and daily groups. Pt admits to depression this morning. ∅ somatic issues. ∅ self harming or agressive behavior. Attends most groups. _____ Hadley ✓ |
| 7/19/07 2305 | NSG | All | Flat affect, more depressed, withdrawn, Preoccupied this pm. Denies SI/AH/VH when asked. Cooperative c̄ care Compliant c̄ meds. Social c̄ select peers. _____ |

**MULTIDISCIPLINARY PROGRESS NOTES**

| | | | |
|---|---|---|---|
| AT - Activity Therapy | EXT - | Extern | |
| M.D. - Physician | PSY - | Psychologist | |
| SW - Social Work | SAC - | Sub. Abuse Counselor | |
| NSG - Nursing | OTH - | Other, please identify discipline | |

ADDRESSOGRAPH

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE            F IDL

### TIMBERLAWN MENTAL HEALTH SYSTEM sm
### MULTIDISCIPLINARY PROGRESS NOTES

| Date & Time | Discipline | Problem Number | |
|---|---|---|---|
| 9-20 1130 | NSG | All | Safety per protocol. Medications as ordered and daily groups. Pt has a flat affect. Stated she still felt a little sedated from the pm Seroquel from last night. Monitor for changes in mood/behavior. Chadwick |
| 9/20/07 2025 | NSG | All | Affect flat, quiet. Interacts c̄ select peers. No somatic co voiced. Cooperative c̄ care. Compliant c̄ meds. Safety monitored per protocols. No aggression or self harm behaviors observed. ___ RN |

### MULTIDISCIPLINARY PROGRESS NOTES

| | | | |
|---|---|---|---|
| AT | - | Activity Therapy | |
| M.D. | - | Physician | |
| SW | - | Social Work | |
| NSG | - | Nursing | |
| EXT | - | Extern | |
| PSY | - | Psychologist | |
| SAC | - | Sub. Abuse Counselor | |
| OTH | - | Other, please identify discipline | |

ADDRESSOGRAPH

CLOUD, MANDEE
M# 000119639  12/04/1975
A# 01347260018  09/12/2007
MEDICARE C/Y
DR. FONTAINE                    F IDI

**TIMBERLAWN MENTAL HEALTH SYSTEM** sm
**MULTIDISCIPLINARY PROGRESS NOTES**

| Date & Time | Discipline | Problem Number | |
|---|---|---|---|
| 9/2/07 13:00 | Nsg | | Awake; alert; oriented x3; medication & group compliant; pt on co per protocol; flat affect; quiet; interacts c̄ select peers; cooperative c̄ care; denies SI/HI; will continue to monitor per protocol — Selzan |
| 9/2/07 19:05 | NSG | All | Anxious, irritable, ↑ agitation, labile mood, flat affect, tearful at times. Reports upset she has to stay in the hospital longer. Medicated c̄ PRN Seroquel 12.5mg x2 c̄ good results reported. Safety monitored per protocols. Robertson |

**MULTIDISCIPLINARY PROGRESS NOTES**

AT  - Activity Therapy
M.D. - Physician
SW  - Social Work
NSG - Nursing

EXT - Extern
PSY - Psychologist
SAC - Sub. Abuse Counselor
OTH - Other, please

ADDRESSOGRAPH

CLOUD, MANDEE
M# 000119639  12/04/1975
A# 01347260018  09/12/2007
MEDICARE C/Y
DR. FONTAINE            F IDI

**TIMBERLAWN MENTAL HEALTH SYSTEM** sm
**MULTIDISCIPLINARY PROGRESS NOTES**

| Date & Time | Discipline | Problem Number | |
|---|---|---|---|
| 9/22/07 1820 | NSG | 12 | affect flat mood depressed. appropriate socialization to peers t staff noted. Cooperative and compliant with medications and unit structure. remains on close observation. will continue to monitor. _____ Jay Rhoades RN |
| 9-22-07 1900 | NSG | | Flat affect. VS-WNL. Ø Self Harm. Cooperative ē staff. Cont. to monitor for safety. _____ Green LVN |

**MULTIDISCIPLINARY PROGRESS NOTES**

AT - Activity Therapy
M.D. - Physician
SW - Social Work
NSG - Nursing

EXT - Extern
PSY - Psychologist
SAC - Sub. Abuse Counselor
OTH - Other, please identify discipline

ADDRESSOGRAPH

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
                        F  ID

### TIMBERLAWN MENTAL HEALTH SYSTEM℠
### MULTIDISCIPLINARY PROGRESS NOTES

| Date & Time | Discipline | Problem Number | |
|---|---|---|---|
| 9-2?-07 11 20 | N'sg | | No self harming in aggressive behavior. Flat affect. Depressed mood. Compliant c̄ meds + unit rules. Cont. CO for safety. _(signature)_ |
| 1930 | NSg | | Pt alert cooperative. Denies SI, HI. Compliant c̄ meds + unit rules. Attended + participated in group. Cont CO for safety. _(signature)_ |

## MULTIDISCIPLINARY PROGRESS NOTES

| | | | |
|---|---|---|---|
| AT | - | Activity Therapy | |
| M.D. | - | Physician | |
| SW | - | Social Work | |
| NSG | - | Nursing | |
| EXT | - | Extern | |
| PSY | - | Psychologist | |
| SAC | - | Sub. Abuse Counselor | |
| OTH | - | Other, please identify discipline | |

ADDRESSOGRAPH

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
L. FONTAINE          F ID

## TIMBERLAWN MENTAL HEALTH SYSTEM sm
## MULTIDISCIPLINARY PROGRESS NOTES

| Date & Time | Discipline | Problem Number | |
|---|---|---|---|
| 9-24-07 (11:00) | NSG | All | flat Affect no aggressive or self harming behavior. Depressed mood. Med and Unit Rule compliant. Cont CO for safety. States she doesn't feel very good today - PRN given for diarrhea. Resting M |
| 9/24/07 19:16 | NSG | All | Flat affect, depressed - no somatic C/o voiced thus far this shift. Compliant c̄ meds, cooperative c̄ care. Safety monitored per afford unit Protocols. J Robinson R |

MULTIDISCIPLINARY PROGRESS NOTES

AT - Activity Therapy
M.D. - Physician
SW - Social Work
NSG - Nursing

EXT - Extern
PSY - Psychologist
SAC - Sub. Abuse Counselor
OTH - Other, please identify discipline

ADDRESSOGRAPH

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y          F IDL
DR. FONTAINE

## TIMBERLAWN MENTAL HEALTH SYSTEM℠
## MULTIDISCIPLINARY PROGRESS NOTES

| Date & Time | Discipline | Problem Number | |
|---|---|---|---|
| 1/24/07 8:15 PM | SW | | FT over tel. w/ pt's mom, states baby sits and could not come in. Ⓜ states pt. lives w/ her, states family will supervise pt. for safety if she becomes suicidal again. Ⓜ States pt. does take her antidepressants, Ⓜ would like for pt. to continue Outpatient groups, states family will get her here to meetings @ TMHS. Ⓜ did add that pt. had never been suicidal before, but that family is very supportive of pt. and will keep an eye on her. No further concerns as per pt. Ⓜ. |
| Mom's Name + tel: Nedra 1-972-762-1314 | | | |

Johnnie Epperson LMSW

## MULTIDISCIPLINARY PROGRESS NOTES

AT - Activity Therapy
M.D. - Physician
SW - Social Work
NSG - Nursing
EXT - Extern
PSY - Psychologist
SAC - Sub. Abuse Counselor
OTH - Other, please

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE                F ID

### TIMBERLAWN MENTAL HEALTH SYSTEM sm
### MULTIDISCIPLINARY PROGRESS NOTES

| Date & Time | Discipline | Problem Number | |
|---|---|---|---|
| 9/25 10.30 | NSG | 1-3 | Safety per protocol medication as ordered and daily groups, Pt Appears anxious and depressed Hi am, B. Somatic complaints. Reduced cravings reported. — Chodluk |
| 9/26/07 1815 | NSG | | Discharged home c̄ all personal belongings ⁊ discharge instructions given — MAllcock |

### MULTIDISCIPLINARY PROGRESS NOTES

| | | | |
|---|---|---|---|
| AT | - | Activity Therapy | |
| M.D. | - | Physician | |
| SW | - | Social Work | |
| NSG | - | Nursing | |

| | | |
|---|---|---|
| EXT | - | Extern |
| PSY | - | Psychologist |
| SAC | - | Sub. Abuse Counselor |
| OTH | - | Other, please identify discipline |

ADDRESSOGRAPH

Cloud, Mardee

# GROUP NOTES

Patient Name: _Mandee Cloud_   Type of Group: _10 am_   Date: _9-13-07_

Time: _Anger_   Duration: _1.5_   Facilitator: _Houlihan_

**FOCUS OF PATIENT WORK:**
- ___ Affect Modulation
- ___ Impulse Control
- ___ Suicide Prevention
- ___ Stress Management
- ___ Reality Testing
- ___ Confrontation
- ✓ Processing Feelings
- ✓ Education
- ___ Relapse Prevention
- ✓ Cognitive Therapy
- ___ Discharge Planning

**ACTIVE PRESENTATION:**
- ___ Flat       ___ Blunted
- ___ Bright     ___ Labile
- ___ Angry      ___ Euphoric
- ___ Depressed  ___ Lethargic
- ___ Anxious    ___ Incongruent

**COGNITIVE PRESENTATION:**
- ___ Tangential       ___ Disoriented       ___ Illogical
- ___ Delusional       ___ Distorted Thinking ___ Congruent
- ___ Hallucinations A/V ___ Loose Associations

**PARTICIPATION:**
- ___ Sharing    ___ Supportive
- ___ Intrusive  ___ Resistive
- ___ Drowsy     ___ Attentive
- ___ Attempts to Monopolize

**REPORTED/OBSERVED SYMPTOMS:**
- ___ Self Harm Impulse   ___ Suicidality
- ___ Angry Outburst      ___ Worthlessness
- ___ Hopelessness        ___ Paranoid
- ___ Hostility/Irritability ___ Threats
- ___ Poor Hygiene        ___ Agitated
- ___ Hypersomnamulant    ___ Tremors
- ___ Homicidal Ideation  ___ Tearful
- ___ Victimization       ___ Insomnia
- ___ Peer/Family Conflict ___ Sexual Acting Out

Problem Number: _1_   Progress Toward Tx plan: _____

_non attend_

Signature: _BH_

★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★

Type of Group _CD- Depress_   Time: _1:30_   Duration _1.5_   Facilitator _Stephenson_

**FOCUS OF PATIENT WORK:**
- ___ Affect Modulation
- ___ Impulse Control
- ___ Suicide Prevention
- ___ Stress Management
- ___ Reality Testing
- ___ Confrontation
- ✓ Processing Feelings
- ✓ Education
- ___ Relapse Prevention
- ___ Cognitive Therapy
- ___ Discharge Planning

**ACTIVE PRESENTATION:**
- ___ Flat       ___ Blunted
- ___ Bright     ___ Labile
- ___ Angry      ___ Euphoric
- ___ Depressed  ___ Lethargic
- ___ Anxious    ___ Incongruent

**COGNITIVE PRESENTATION:**
- ___ Tangential       ___ Disoriented       ___ Illogical
- ___ Delusional       ___ Distorted Thinking ___ Congruent
- ___ Hallucinations A/V ___ Loose Associations

**PARTICIPATION:**
- ___ Sharing    ___ Supportive
- ___ Intrusive  ___ Resistive
- ___ Drowsy     ___ Attentive
- ___ Attempts to Monopolize

**REPORTED/OBSERVED SYMPTOMS:**
- ___ Self Harm Impulse   ___ Suicidality
- ___ Angry Outburst      ___ Worthlessness
- ___ Hopelessness        ___ Paranoid
- ___ Hostility/Irritability ___ Threats
- ___ Poor Hygiene        ___ Agitated
- ___ Hypersomnamulant    ___ Tremors
- ___ Homicidal Ideation  ___ Tearful
- ___ Victimization       ___ Insomnia
- ___ Peer/Family Conflict ___ Sexual Acting Out

Problem Number: _1_   Progress Toward Tx plan: _DNA_

Signature: _Ken ___ LMSW_



**TIMBERLAWN**
MENTAL HEALTH SYSTEM
GROUP NOTES

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y          F IDI
DR. FONTAINE

# GROUP NOTES

Patient Name: _Mandee Cloud_   Type of Group: _AA support_   Date: _9-14-07_

Time: _10:30 - 11:45 am_   Duration: _1 hr 30 min_   Facilitator: _AA Sponsor_

| FOCUS OF PATIENT WORK: | ACTIVE PRESENTATION: | PARTICIPATION: | REPORTED/OBSERVED SYMPTOMS: |
|---|---|---|---|
| ____ Affect Modulation | ✓ Flat ____ Blunted | ✓ Sharing ✓ Supportive | ____ Self Harm Impulse ____ Suicidality |
| ____ Impulse Control | ____ Bright ____ Labile | ____ Intrusive ____ Resistive | ____ Angry Outburst ____ Worthlessness |
| ____ Suicide Prevention | ____ Angry ____ Euphoric | ____ Drowsy ✓ Attentive | ____ Hopelessness ____ Paranoid |
| ____ Stress Management | ____ Depressed ____ Lethargic | ____ Attempts to Monopolize | ____ Hostility/Irritability ____ Threats |
| ____ Reality Testing | ____ Anxious ____ Incongruent | | ____ Poor Hygiene ____ Agitated |
| ____ Confrontation | | | ____ Hypersomnulant ____ Tremors |
| ____ Processing Feelings | | | ____ Homicidal Ideation ____ Tearful |
| ✓ Education | **COGNITIVE PRESENTATION:** | | ____ Victimization ____ Insomnia |
| ✓ Relapse Prevention | ____ Tangential ____ Disoriented | ____ Illogical | ____ Peer/Family Conflict ____ Sexual Acting Out |
| ____ Cognitive Therapy | ____ Delusional ____ Distorted Thinking | ✓ Congruent | |
| ____ Discharge Planning | ____ Hallucinations A/V ____ Loose Associations | | |

Problem Number: _____I_____   Progress Toward Tx plan: _Patient able to participate_
_in AA support group - step 1._

Signature: _Scott Morton LPC_

★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★

Type of Group _Addiction_   Time: _1:30-3pm_   Duration _1 hr 30 min_   Facilitator _S. Morton_

| FOCUS OF PATIENT WORK: | ACTIVE PRESENTATION: | PARTICIPATION: | REPORTED/OBSERVED SYMPTOMS: |
|---|---|---|---|
| ____ Affect Modulation | ✓ Flat ____ Blunted | ✓ Sharing ✓ Supportive | ____ Self Harm Impulse ____ Suicidality |
| ____ Impulse Control | ____ Bright ____ Labile | ____ Intrusive ____ Resistive | ____ Angry Outburst ____ Worthlessness |
| ____ Suicide Prevention | ____ Angry ____ Euphoric | ____ Drowsy ✓ Attentive | ____ Hopelessness ____ Paranoid |
| ____ Stress Management | ____ Depressed ____ Lethargic | ____ Attempts to Monopolize | ____ Hostility/Irritability ____ Threats |
| ____ Reality Testing | ____ Anxious ____ Incongruent | | ____ Poor Hygiene ____ Agitated |
| ____ Confrontation | | | ____ Hypersomnulant ____ Tremors |
| ____ Processing Feelings | | | ____ Homicidal Ideation ____ Tearful |
| ✓ Education | **COGNITIVE PRESENTATION:** | | ____ Victimization ____ Insomnia |
| ✓ Relapse Prevention | ____ Tangential ____ Disoriented | ____ Illogical | ____ Peer/Family Conflict ____ Sexual Acting Out |
| ____ Cognitive Therapy | ____ Delusional ____ Distorted Thinking | ✓ Congruent | |
| ____ Discharge Planning | ____ Hallucinations A/V ____ Loose Associations | | |

Problem Number: _____I_____   Progress Toward Tx plan: _Patient able to process_
_and view video on medical consequences of_
_addiction._

Signature: _Scott Morton LPC_



**TIMBERLAWN**
MENTAL HEALTH SYSTEM℠
**GROUP NOTES**

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y

# GROUP NOTES

Patient Name: _Mandee Cloud_ Type of Group: _Process Group_ Date: _09/15/07_

Time: _10:15 - 11:45_   Duration: _90 min_   Facilitator: _Armijo_

**FOCUS OF PATIENT WORK:**
- ☑ Affect Modulation
- ☑ Impulse Control
- ☑ Suicide Prevention
- ☑ Stress Management
- ☑ Reality Testing
- ☑ Confrontation
- ☑ Processing Feelings
- ☑ Education
- ☑ Relapse Prevention
- ☑ Cognitive Therapy
- ☑ Discharge Planning

**ACTIVE PRESENTATION:**
- ___ Flat
- ___ Bright
- ___ Angry
- ___ Depressed
- ___ Anxious
- ✓ Blunted
- ___ Labile
- ___ Euphoric
- ___ Lethargic
- ___ Incongruent

**COGNITIVE PRESENTATION:**
- ___ Tangential
- ___ Delusional
- ___ Hallucinations A/V
- ___ Disoriented
- ___ Distorted Thinking
- ___ Loose Associations
- ___ Illogical
- ___ Congruent

**PARTICIPATION:**
- ___ Sharing
- ___ Intrusive
- ___ Drowsy
- ___ Attempts to Monopolize
- ✓ Supportive
- ___ Resistive
- ___ Attentive

**REPORTED/OBSERVED SYMPTOMS:**
- ___ Self Harm Impulse
- ___ Angry Outburst
- ✓ Hopelessness
- ___ Hostility/Irritability
- ___ Poor Hygiene
- ___ Hypersomnambulant
- ___ Homicidal Ideation
- ___ Victimization
- ___ Peer/Family Conflict
- ___ Suicidality
- ___ Worthlessness
- ___ Paranoid
- ___ Threats
- ___ Agitated
- ___ Tremors
- ___ Tearful
- ___ Insomnia
- ___ Sexual Acting Out

Problem Number: _____ Progress Toward Tx plan: _attended and participated in group._

Signature: _Armijo LMSW_

★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★

Type of Group _Process_   Time: _1:30-3:00_   Duration _90 min_   Facilitator _Anita Bills_

**FOCUS OF PATIENT WORK:**
- ___ Affect Modulation
- ___ Impulse Control
- ___ Suicide Prevention
- ___ Stress Management
- ___ Reality Testing
- ___ Confrontation
- ___ Processing Feelings
- ___ Education
- ___ Relapse Prevention
- ___ Cognitive Therapy
- ___ Discharge Planning

**ACTIVE PRESENTATION:**
- ___ Flat
- ___ Bright
- ___ Angry
- ___ Depressed
- ___ Anxious
- ___ Blunted
- ___ Labile
- ___ Euphoric
- ___ Lethargic
- ___ Incongruent

**COGNITIVE PRESENTATION:**
- ___ Tangential
- ___ Delusional
- ___ Hallucinations A/V
- ___ Disoriented
- ___ Distorted Thinking
- ___ Loose Associations
- ___ Illogical
- ___ Congruent

**PARTICIPATION:**
- ___ Sharing
- ___ Intrusive
- ___ Drowsy
- ___ Attempts to Monopolize
- ___ Supportive
- ___ Resistive
- ___ Attentive

**REPORTED/OBSERVED SYMPTOMS:**
- ___ Self Harm Impulse
- ___ Angry Outburst
- ___ Hopelessness
- ___ Hostility/Irritability
- ___ Poor Hygiene
- ___ Hypersomnambulant
- ___ Homicidal Ideation
- ___ Victimization
- ___ Peer/Family Conflict
- ___ Suicidality
- ___ Worthlessness
- ___ Paranoid
- ___ Threats
- ___ Agitated
- ___ Tremors
- ___ Tearful
- ___ Insomnia
- ___ Sexual Acting Out

Problem Number: _____ Progress Toward Tx plan: _Did not attend_

Signature: _Anita G. Bills, student// Armijo LMSW_



**TIMBERLAWN**
MENTAL HEALTH SYSTEM℠
GROUP NOTES

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE          F ID

# GROUP NOTES

Patient Name: _____ Type of Group: _____ Date: _____

Time: _____ Duration: _____ Facilitator: _____

**FOCUS OF PATIENT WORK:**
____ Affect Modulation
____ Impulse Control
____ Suicide Prevention
____ Stress Management
____ Reality Testing
____ Confrontation
____ Processing Feelings
____ Education
____ Relapse Prevention
____ Cognitive Therapy
____ Discharge Planning

**ACTIVE PRESENTATION:**
____ Flat      ____ Blunted
____ Bright    ____ Labile
____ Angry     ____ Euphoric
____ Depressed ____ Lethargic
____ Anxious   ____ Incongruent

**COGNITIVE PRESENTATION:**
____ Tangential        ____ Disoriented       ____ Illogical
____ Delusional        ____ Distorted Thinking ____ Congruent
____ Hallucinations A/V ____ Loose Associations

**PARTICIPATION:**
____ Sharing    ____ Supportive
____ Intrusive  ____ Resistive
____ Drowsy     ____ Attentive
____ Attempts to Monopolize

**REPORTED/OBSERVED SYMPTOMS:**
____ Self Harm Impulse   ____ Suicidality
____ Angry Outburst      ____ Worthlessness
____ Hopelessness        ____ Paranoid
____ Hostility/Irritability ____ Threats
____ Poor Hygiene        ____ Agitated
____ Hypersomnamulant    ____ Tremors
____ Homicidal Ideation  ____ Tearful
____ Victimization       ____ Insomnia
____ Peer/Family Conflict ____ Sexual Acting Out

Problem Number: _____ Progress Toward Tx plan: _____

_____

_____

_____

Signature: _____

★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★

Type of Group _____ Time: _____ Duration _____ Facilitator _____

**FOCUS OF PATIENT WORK:**
____ Affect Modulation
____ Impulse Control
____ Suicide Prevention
____ Stress Management
____ Reality Testing
____ Confrontation
____ Processing Feelings
____ Education
____ Relapse Prevention
____ Cognitive Therapy
____ Discharge Planning

**ACTIVE PRESENTATION:**
____ Flat      ____ Blunted
____ Bright    ____ Labile
____ Angry     ____ Euphoric
____ Depressed ____ Lethargic
____ Anxious   ____ Incongruent

**COGNITIVE PRESENTATION:**
____ Tangential        ____ Disoriented       ____ Illogical
____ Delusional        ____ Distorted Thinking ____ Congruent
____ Hallucinations A/V ____ Loose Associations

**PARTICIPATION:**
____ Sharing    ____ Supportive
____ Intrusive  ____ Resistive
____ Drowsy     ____ Attentive
____ Attempts to Monopolize

**REPORTED/OBSERVED SYMPTOMS:**
____ Self Harm Impulse   ____ Suicidality
____ Angry Outburst      ____ Worthlessness
____ Hopelessness        ____ Paranoid
____ Hostility/Irritability ____ Threats
____ Poor Hygiene        ____ Agitated
____ Hypersomnamulant    ____ Tremors
____ Homicidal Ideation  ____ Tearful
____ Victimization       ____ Insomnia
____ Peer/Family Conflict ____ Sexual Acting Out

Problem Number: _____ Progress Toward Tx plan: _____

_____

_____

_____

Signature: _____



**TIMBERLAWN**
MENTAL HEALTH SYSTEM℠
GROUP NOTES

# GROUP NOTES

Patient Name: _Mandee Cloud_   Type of Group: _Process_   Date: _09/16/07_

Time: _10:30 - 11:45_   Duration: _75 min_   Facilitator: _Anita Bills_

| FOCUS OF PATIENT WORK: | ACTIVE PRESENTATION: | | PARTICIPATION: | | REPORTED/OBSERVED SYMPTOMS: | |
|---|---|---|---|---|---|---|
| ___ Affect Modulation | ✓ Flat | ___ Blunted | ✓ Sharing | ___ Supportive | ___ Self Harm Impulse | ___ Suicidality |
| ___ Impulse Control | ___ Bright | ___ Labile | ___ Intrusive | ___ Resistive | ___ Angry Outburst | ___ Worthlessness |
| ___ Suicide Prevention | ___ Angry | ___ Euphoric | ___ Drowsy | ✓ Attentive | ___ Hopelessness | ___ Paranoid |
| ___ Stress Management | ___ Depressed | ___ Lethargic | ___ Attempts to Monopolize | | ___ Hostility/Irritability | ___ Threats |
| ___ Reality Testing | ___ Anxious | ___ Incongruent | | | ___ Poor Hygiene | ___ Agitated |
| ___ Confrontation | | | | | ___ Hypersomnambulant | ___ Tremors |
| ___ Processing Feelings | COGNITIVE PRESENTATION: | | | | ___ Homicidal Ideation | ___ Tearful |
| ___ Education | ___ Tangential | ___ Disoriented | ___ Illogical | | ___ Victimization | ___ Insomnia |
| ___ Relapse Prevention | ___ Delusional | ___ Distorted Thinking | ✓ Congruent | | ___ Peer/Family Conflict | ___ Sexual Acting Out |
| ___ Cognitive Therapy | ___ Hallucinations A/V | ___ Loose Associations | | | | |
| ___ Discharge Planning | | | | | | |

Problem Number: _1_   Progress Toward Tx plan: _attended group and participated._
_PT report feeling anxious. PT reported "thinking about dope"_

Signature: _Anita G. Bills, student_   _kimberly Crandall CPCI_

★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★

Type of Group _Process_   Time: _1:30 - 3:00_   Duration _90 min_   Facilitator _Kim Crandall_

| FOCUS OF PATIENT WORK: | ACTIVE PRESENTATION: | | PARTICIPATION: | | REPORTED/OBSERVED SYMPTOMS: | |
|---|---|---|---|---|---|---|
| ___ Affect Modulation | ✓ Flat | ___ Blunted | ✓ Sharing | ___ Supportive | ___ Self Harm Impulse | ___ Suicidality |
| ___ Impulse Control | ___ Bright | ___ Labile | ___ Intrusive | ___ Resistive | ___ Angry Outburst | ___ Worthlessness |
| ___ Suicide Prevention | ___ Angry | ___ Euphoric | ___ Drowsy | ✓ Attentive | ___ Hopelessness | ___ Paranoid |
| ___ Stress Management | ___ Depressed | ___ Lethargic | ___ Attempts to Monopolize | | ___ Hostility/Irritability | ___ Threats |
| ___ Reality Testing | ___ Anxious | ___ Incongruent | | | ___ Poor Hygiene | ___ Agitated |
| ___ Confrontation | | | | | ___ Hypersomnambulant | ___ Tremors |
| ✓ Processing Feelings | COGNITIVE PRESENTATION: | | | | ___ Homicidal Ideation | ___ Tearful |
| ___ Education | ___ Tangential | ___ Disoriented | ___ Illogical | | ___ Victimization | ___ Insomnia |
| ___ Relapse Prevention | ___ Delusional | ___ Distorted Thinking | ✓ Congruent | | ___ Peer/Family Conflict | ___ Sexual Acting Out |
| ___ Cognitive Therapy | ___ Hallucinations A/V | ___ Loose Associations | | | | |
| ___ Discharge Planning | | | | | | |

Problem Number: _1_   Progress Toward Tx plan: _____

_participated and interacted appropriately during group discussion_

Signature: _Kimberly Crandall CPCI_

**TIMBERLAWN**
MENTAL HEALTH SYSTEM
GROUP NOTES

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE          F ID

# GROUP NOTES

Patient Name: _Mandee Cloud_   Type of Group: _Process + Discharge Planning_   Date: _9-17-07_

Time: _10-10⁵⁰ + 11-12_   Duration: _1 hr 50 min._   Facilitator: _J. Epperson_

**FOCUS OF PATIENT WORK:**
- ___ Affect Modulation
- ___ Impulse Control
- ___ Suicide Prevention
- ___ Stress Management
- ✓ Reality Testing
- ___ Confrontation
- ✓ Processing Feelings
- ___ Education
- ___ Relapse Prevention
- ___ Cognitive Therapy
- ✓ Discharge Planning

**ACTIVE PRESENTATION:**
- ✓ Flat      ___ Blunted
- ___ Bright   ___ Labile
- ___ Angry    ___ Euphoric
- ___ Depressed ___ Lethargic
- ___ Anxious  ___ Incongruent

**COGNITIVE PRESENTATION:**
- ___ Tangential   ___ Disoriented   ___ Illogical
- ___ Delusional   ___ Distorted Thinking   ___ Congruent
- ___ Hallucinations A/V   ___ Loose Associations

**PARTICIPATION:**
- ___ Sharing   ___ Supportive
- ___ Intrusive  ___ Resistive
- ___ Drowsy    ✓ Attentive
- ___ Attempts to Monopolize

**REPORTED/OBSERVED SYMPTOMS:**
- ___ Self Harm Impulse   ___ Suicidality
- ___ Angry Outburst      ___ Worthlessness
- ___ Hopelessness        ___ Paranoid
- ___ Hostility/Irritability ___ Threats
- ___ Poor Hygiene        ___ Agitated
- ___ Hypersomnamulant    ___ Tremors
- ___ Homicidal Ideation  ___ Tearful
- ___ Victimization       ___ Insomnia
- ___ Peer/Family Conflict ___ Sexual Acting Out

Problem Number: _____   Progress Toward Tx plan: _Pt. did attend, did not share, states could not go up front and share her story w/ group, asked to pass._

Signature: _Johnnie Epperson LMSW_

★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★ ★

Type of Group _Disease Concepts_ Time: _1⁴⁵-3pm_ Duration _1½ hrs_ Facilitator _Ken. S._

**FOCUS OF PATIENT WORK:**
- ___ Affect Modulation
- ___ Impulse Control
- ___ Suicide Prevention
- ___ Stress Management
- ___ Reality Testing
- ___ Confrontation
- ✓ Processing Feelings
- ✓ Education
- ✓ Relapse Prevention
- ___ Cognitive Therapy
- ___ Discharge Planning

**ACTIVE PRESENTATION:**
- ___ Flat      ___ Blunted
- ___ Bright   ___ Labile
- ___ Angry    ___ Euphoric
- ___ Depressed ___ Lethargic
- ___ Anxious  ___ Incongruent

**COGNITIVE PRESENTATION:**
- ___ Tangential   ___ Disoriented   ___ Illogical
- ___ Delusional   ___ Distorted Thinking   ___ Congruent
- ___ Hallucinations A/V   ___ Loose Associations

**PARTICIPATION:**
- ___ Sharing   ___ Supportive
- ___ Intrusive  ___ Resistive
- ___ Drowsy    ___ Attentive
- ___ Attempts to Monopolize

**REPORTED/OBSERVED SYMPTOMS:**
- ___ Self Harm Impulse   ___ Suicidality
- ___ Angry Outburst      ___ Worthlessness
- ___ Hopelessness        ___ Paranoid
- ___ Hostility/Irritability ___ Threats
- ___ Poor Hygiene        ___ Agitated
- ___ Hypersomnamulant    ___ Tremors
- ___ Homicidal Ideation  ___ Tearful
- ___ Victimization       ___ Insomnia
- ___ Peer/Family Conflict ___ Sexual Acting Out

Problem Number: _____   Progress Toward Tx plan: _DNA_

Signature: _Ken S. LMSW_

**TIMBERLAWN**
MENTAL HEALTH SYSTEM℠
**GROUP NOTES**

CLOUD, MANDEE
M# 000119639 12/04/1975
A# 01347260018 09/12/2007
MEDICARE C/Y
DR. FONTAINE          F IDI